UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, ET AL., <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. OFFICE OF MANAGEMENT AND BUDGET, ET AL., <br><br> *Defendants*. | No. 1:25-cv-11816 |

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

As reflected in the attached affidavit, Plaintiffs have served the United States of America in accordance with Fed. R. Civ. P. 4(i)(1) and have served Defendants U.S. Office of Management and Budget, Russel Vought, U.S. Department of Agriculture, Brooke L. Rollins, U.S. Department of Commerce, Howard Lutnick, U.S. Department of Defense, Pete Hegseth, U.S. Department of Homeland Security, Kristi Noem, U.S. Department of Justice, Pamela Jo Bondi, U.S. Department of Labor, Lori Chavez-DeRemer, U.S. Department of State, Marco Rubio, U.S. Environmental Protection Agency, Lee Zeldin, U.S. Federal Emergency Management Agency, David Richardson, National Endowment for the Humanities, Michael McDonald, National Science Foundation, and Brian Stone, in accordance with Fed. R. Civ. P. 4(i)(2).

Accordingly, all Defendants have been served with a Summons and a copy of the Complaint.

June 30, 2025

Respectfully submitted,

**ANDREA JOY CAMPBELL**
Attorney General
Commonwealth of Massachusetts

(signature block continued on next page)

*/s/ Chris Pappavaselio*
Chris Pappavaselio (BBO No. 713519)
  *Assistant Attorney General*
Office of the Attorney General
One Ashburton Place
Boston, MA  02108
(617) 727-2200
chris.pappavaselio2@mass.gov
