IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. OFFICE OF MANAGEMENT AND BUDGET, et al.; <br><br> Defendants. | C.A. No. 1:25-cv-11816-IT |

**JOINT MOTION FOR SCHEDULING ORDER**

Pursuant to District of Massachusetts Local Rules 7.1 and 16.1(f), and in accordance with this Court's model proposed scheduling order, counsel for plaintiffs and the defendants have met and conferred and hereby jointly propose that this Court set a schedule for briefing dispositive motions. Plaintiffs intend to move for summary judgment with respect to Count I of the complaint, ECF No. 1, which seeks a declaratory judgment. Defendants also intend to file a dispositive motion.[1] The parties respectfully propose the following briefing schedule and that the Court enter an order in the form attached as **Exhibit A** to this motion.

**Joint Proposal for Briefing Schedule**
**(Plaintiffs' Summary Judgment on Count I and Defendants' Dispositive Motion)**

1. With respect to plaintiffs' anticipated summary-judgment motion on their first cause of action (Count I), which seeks a declaratory judgment, and Defendants' anticipated dispositive motion, the parties propose the following schedule:

---

[1] The United States Attorney's Office for the District of Massachusetts was served on June 27, 2025. Accordingly, the current deadline for Defendants to answer or otherwise respond to the complaint is August 26, 2025.

1

| Event | Deadline[2] | Page Limit |
|---|---|---|
| Plaintiffs' Motion for Summary Judgment (Count I) | August 4, 2025 | 25 pages |
| Defendants' Combined Motion to Dismiss and/or Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment | September 11, 2025 | 40 pages |
| Amicus Briefs (in support of either side) | September 11, 2025 | 20 pages |
| Plaintiffs' Combined Opposition to Defendants' Motion to Dismiss and/or Motion for Summary Judgment and Reply in Support of Plaintiffs' Motion for Summary Judgment | October 17, 2025 | 35 pages |
| Defendants' Reply in Support of their Motion to Dismiss and/or Motion for Summary Judgment | November 14, 2025 | 20 pages |

2. The parties agree and propose that the Court relieve the parties of any requirement to include Local Rule 56.1 statements with their summary-judgment briefs.

3. The parties further agree that Defendants need not produce an administrative record, at least at this time. Should some record become necessary, the parties will confer on that subject at that time.

4. The parties defer to the Court as to whether, and if so, when, it would like to schedule any oral argument.

Based on the foregoing agreements, the parties respectfully request that the Court grant this joint motion and enter the proposed order attached to this motion as **Exhibit A**.

---

[2] For all deadlines in this proposed schedule, briefs are to be filed by 6:00 p.m. on the date due, in accordance with Local Rule 5.4(d).

Dated: July 25, 2025

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov
Florida Bar No. 1041279

*Counsel for Defendants*

**MATTHEW J. PLATKIN**
  ATTORNEY GENERAL OF NEW JERSEY

/s/ Jeremy M. Feigenbaum
Jeremy M. Feigenbaum*
  *Solicitor General*
Sundeep Iyer*
  *Chief Counsel*
Stephen Ehrlich*
  *Deputy Solicitor General*
Bassam Gergi*
Amanda I. Morejón
Jessica L. Palmer*
Meghan K. Musso*
Sarah Nealon*
Lauren E. Van Driesen*
  *Deputy Attorneys General*
Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5279
Jeremy.Feigenbaum@njoag.gov
Amanda.Morejon@law.njoag.gov

*Counsel for the State of New Jersey*

Respectfully submitted,

**ANDREA JOY CAMPBELL**
  ATTORNEY GENERAL OF MASSACHUSETTS

By:  */s/ Vanessa A. Arslanian*
Katherine B. Dirks (BBO No. 673674)
  *Chief State Trial Counsel*
James A. Sweeney (BBO No. 543636)
   *State Trial Counsel*
Anna J. Lumelsky (BBO No. 677708)
  *Deputy State Solicitor*
Yael Shavit (BBO No. 695333)
  *Chief, Consumer Protection Division*
Vanessa A. Arslanian (BBO No. 688099)
Chris Pappavaselio (BBO No. 713519)
Jak Kundl (BBO No. 713951)
  *Assistant Attorneys General*
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2277
katherine.dirks@mass.gov
vanessa.arslanian@mass.gov

*Counsel for the Commonwealth of Massachusetts*

**LETITIA JAMES**
  ATTORNEY GENERAL OF NEW YORK

By: */s/ Rabia Muqaddam*
Rabia Muqaddam*
*Chief Counsel for Federal Initiatives*
Jessica Ranucci*
  *Special Counsel*
28 Liberty St.
New York, NY 10005
(212) 416-8883
Rabia.muqaddam@ag.ny.gov
Jessica.Ranucci@ag.ny.gov

*Counsel for the State of New York*

**ROB BONTA**
  ATTORNEY GENERAL OF CALIFORNIA

By: */s/ Shiwon Choe*
Anya M. Binsacca
  *Supervising Deputy Attorney General*
Shiwon Choe*
Zelda Vassar*
Harald H. Kirn*
  *Deputy Attorneys General*
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
(415) 510-4400
Anya.Binsacca@doj.ca.gov
Shiwon.Choe@doj.ca.gov
Zelda.Vassar@doj.ca.gov
Harald.Kirn@doj.ca.gov

*Counsel for the State of California*

**WILLIAM TONG**
  ATTORNEY GENERAL OF CONNECTICUT

By: */s/ Michael K. Skold*
Michael K. Skold*
  *Solicitor General*
165 Capitol Ave
Hartford, CT 06106

**KRISTIN K. MAYES**
  ATTORNEY GENERAL OF ARIZONA

By: */s/ Hayleigh S. Crawford*
Hayleigh S. Crawford*
  *Deputy Solicitor General*
Syreeta A. Tyrell*
  *Senior Litigation Counsel*
2005 North Central Avenue
Phoenix, Arizona 85004
Phone: (602) 542-3333
Hayleigh.Crawford@azag.gov
Syreeta.Tyrell@azag.gov
ACL@azag.gov

*Counsel for the State of Arizona*

**PHILIP J. WEISER**
  ATTORNEY GENERAL OF COLORADO

By: */s/ David Moskowitz*
David Moskowitz*
  *Deputy Solicitor General*
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
David.Moskowitz@coag.gov

*Counsel for the State of Colorado*

**KATHLEEN JENNINGS**
  ATTORNEY GENERAL OF DELAWARE

By: */s/ Ian R. Liston*
Ian R. Liston*
  *Director of Impact Litigation*
Vanessa L. Kassab*
  *Deputy Attorney General*

(860) 808-5020
Michael.skold@ct.gov

*Counsel for the State of Connecticut*

Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Counsel for the State of Delaware*

**BRIAN L. SCHWALB**
  ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA

By: */s/ Andrew C. Mendrala*
Andrew C. Mendrala*
  *Assistant Attorney General*
400 Sixth Street, NW
Washington, D.C. 20001
(202) 724-9726
Andrew.mendrala@dc.gov

*Counsel for the District of Columbia*

**ANNE E. LOPEZ**
  ATTORNEY GENERAL OF HAWAIʻI

By: */s/ Kalikoʻonālani D. Fernandes*
David D. Day*
  *Special Assistant to the Attorney General*
Kalikoʻonālani D. Fernandes*
*Solicitor General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*

**KWAME RAOUL**
  ATTORNEY GENERAL OF ILLINOIS

By: */s/ Darren Kinkead*
Darren Kinkead*
  *Public Interest Counsel*
115 South LaSalle Street
Chicago, IL 60603
(773) 590-6967
Darren.Kinkead@ilag.gov

*Counsel for the State of Illinois*

**AARON M. FREY**
  ATTORNEY GENERAL OF MAINE

By: */s/ Jason Anton*
Jason Anton*
  *Assistant Attorney General*
Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006
Tel.:  207-626-8800
Fax:  207-287-3145
jason.anton@maine.gov

*Counsel for the State of Maine*

**ANTHONY G. BROWN**
  ATTORNEY GENERAL OF MARYLAND

By: */s/ Steven J. Goldstein*
Steven J. Goldstein*
  *Assistant Attorney General*
Office of the Attorney General of Maryland

**DANA NESSEL**
  ATTORNEY GENERAL OF MICHIGAN

By: */s/ Neil Giovanatti*
Neil Giovanatti*
  *Assistant Attorney General*
Michigan Department of Attorney General

5

200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
410-576-6414
Sgoldstein@oag.state.md.us

*Counsel for the State of Maryland*

**KEITH ELLISON**
   ATTORNEY GENERAL OF MINNESOTA

By: */s/ Katherine J. Bies*
Katherine J. Bies*
  *Special Counsel, Rule of Law*
445 Minnesota Street, Suite 600
St. Paul, Minnesota, 55101
(651) 300-0917
Katherine.Bies@ag.state.mn.us

*Counsel for the State of Minnesota*

**AARON D. FORD**
   ATTORNEY GENERAL OF NEVADA

By: */s/ Heidi Parry Stern*
Heidi Parry Stern (Bar. No. 8873)*
  *Solicitor General*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
HStern@ag.nv.gov

*Counsel for the State of Nevada*

**JOSH SHAPIRO**
   IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE COMMONWEALTH OF PENNSYLVANIA

Jennifer Selber
*General Counsel*

525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov

*Attorney for the People of the State of Michigan*

**RAÚL TORREZ**
   ATTORNEY GENERAL OF NEW MEXICO

By: */s/ Amy Senier*
Amy Senier*
  *Senior Litigation Counsel*
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM  87504-1508
(505) 490-4060
asenier@nmdoj.gov

*Counsel for the State of New Mexico*

**DAN RAYFIELD**
   ATTORNEY GENERAL OF OREGON

By: */s/ Brian Simmonds Marshall*
Brian Simmonds Marshall*
  *Senior Assistant Attorney General*
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel (971) 673-1880
Fax (971) 673-5000
Brian.S.Marshall@doj.oregon.gov

*Counsel for the State of Oregon*

**PETER F. NERONHA**
   ATTORNEY GENERAL OF RHODE ISLAND
By: */s/ Leonard Giarrano IV*
Leonard Giarrano IV*
  *Special Assistant Attorney General*
150 South Main Street

By: */s/ Jacob B. Boyer*
  *Deputy General Counsel*\*
Pennsylvania Office of the Governor
30 N. 3rd St., Suite 200
Harrisburg, PA 17101
(717) 460-6786
jacobboyer@pa.gov

*Counsel for Governor Josh Shapiro*

**CHARITY R. CLARK**
ATTORNEY GENERAL OF VERMONT

By: */s/ Jonathan T. Rose*
Jonathan T. Rose\*
  *Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-3171
Jonathan.rose@vermont.gov

*Counsel for the State of Vermont*

Providence, RI 02903
(401) 274-4400, Ext. 2062
lgiarrano@riag.ri.gov

*Counsel for the State of Rhode Island*

**JOSHUA L. KAUL**
ATTORNEY GENERAL OF WISCONSIN

By: */s/ Colin T. Roth*
Colin T. Roth\*
  *Assistant Attorney General*
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-7636
rothct1@doj.state.wi.us

*Counsel for the State of Wisconsin*

\**pro hac vice* application forthcoming
\*\*admitted *pro hac vice*

7

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

/s/ *Vanessa A. Arslanian*
Vanessa A. Arslanian
Assistant Attorney General

Dated: July 25, 2025