# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. OFFICE OF MANAGEMENT AND BUDGET, et al.; <br><br> Defendants. | C.A. No. 1:25-cv-11816-IT |

### [PROPOSED] SCHEDULING ORDER

The Court has considered the parties' joint motion for a scheduling order and other relief of July 25, 2025. It is hereby

**ORDERED** that the parties shall file dispositive motions according to the following schedule:

| Event | Deadline[1] | Page Limit |
|---|---|---|
| Plaintiffs' Motion for Summary Judgment (Count I) | August 4, 2025 | 25 pages |
| Defendants' Combined Motion to Dismiss and/or Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment | September 11, 2025 | 40 pages |
| Amicus Briefs (in support of either side) | September 11, 2025 | 20 pages |
| Plaintiffs' Combined Opposition to Defendants' Motion to Dismiss and/or Motion for Summary Judgment and Reply in Support of Plaintiffs' Motion for Summary Judgment | October 17, 2025 | 35 pages |
| Defendants' Reply in Support of their Motion to Dismiss and/or Motion for Summary Judgment | November 14, 2025 | 20 pages |

---

[1] For all deadlines in this proposed schedule, briefs are to be filed by 6:00 p.m. on the date due, in accordance with Local Rule 5.4(d).

It is further **ORDERED** that the parties are relieved of the requirements to include Local Rule 56.1 statements.

**SO ORDERED.**

_____
Judge Indira Talwani
United States District Judge