IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>U.S. OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>  Defendants. | Civil Action No. 25-11816-IT |

**MOTION FOR SUMMARY JUDGMENT**

Plaintiffs New Jersey, Massachusetts, New York, Arizona, California, Colorado, Connecticut, Delaware, the District of Columbia, Hawaiʻi, Illinois, Laura Kelly, in her official capacity as Governor of the State of Kansas, Office of the Governor *ex rel.* Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky, Maine, Maryland, Attorney General Dana Nessel for the People of Michigan, Minnesota, Nevada, New Mexico, Oregon, Josh Shapiro, in his official capacity as Governor of the Commonwealth of Pennsylvania, Rhode Island, Vermont, and Wisconsin (together, "Plaintiffs"), respectfully move, pursuant to Fed. R. Civ. P. 56 and the Court's July 28, 2025 Electronic Scheduling Order, ECF No. 63, for summary judgment on Count I of their First Amended Complaint, ECF No. 64, against all Defendants.

For the reasons detailed in Plaintiffs' accompanying Memorandum of Law and supporting exhibits, Plaintiffs seek a declaratory judgment in the form attached hereto as **Exhibit A**.

Dated: August 4, 2025                                              Respectfully submitted,

**MATTHEW J. PLATKIN**
  ATTORNEY GENERAL OF NEW JERSEY

By: */s/ Jeremy M. Feigenbaum*
Jeremy M. Feigenbaum*
  *Solicitor General*
Sundeep Iyer*
  *Chief Counsel*
Stephen Ehrlich*
  *Deputy Solicitor General*
Amanda I. Morejón
Jessica L. Palmer*
Meghan K. Musso*
Sarah Nealon*
Lauren E. Van Driesen*
  *Deputy Attorneys General*
Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5279
Jeremy.Feigenbaum@njoag.gov
Amanda.Morejon@law.njoag.gov

*Counsel for the State of New Jersey*

**ANDREA JOY CAMPBELL**
  ATTORNEY GENERAL OF MASSACHUSETTS

By:  */s/ Katherine B. Dirks*
Katherine B. Dirks (BBO No. 673674)
  *Chief State Trial Counsel*
James A. Sweeney (BBO No. 543636)
   *State Trial Counsel*
Anna J. Lumelsky (BBO No. 677708)
  *Deputy State Solicitor*
Yael Shavit (BBO No. 695333)
  *Chief, Consumer Protection Division*
Vanessa A. Arslanian (BBO No. 688099)
Chris Pappavaselio (BBO No. 713519)
Jak Kundl (BBO No. 713951)
  *Assistant Attorneys General*
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2107
katherine.dirks@mass.gov
vanessa.arslanian@mass.gov

*Counsel for the Commonwealth of Massachusetts*

**LETITIA JAMES**
  ATTORNEY GENERAL OF NEW YORK

By: */s/ Rabia Muqaddam*
Rabia Muqaddam†
  *Special Counsel for Federal Initiatives*
Jessica Ranucci†
  *Special Counsel*
28 Liberty St.
New York, NY 10005
(212) 416-8883
Rabia.muqaddam@ag.ny.gov
Jessica.Ranucci@ag.ny.gov

*Counsel for the State of New York*

**KRISTIN K. MAYES**
  ATTORNEY GENERAL OF ARIZONA

By: */s/ Hayleigh S. Crawford*
Hayleigh S. Crawford†
  *Deputy Solicitor General*
Syreeta A. Tyrell†
  *Senior Litigation Counsel*
2005 North Central Avenue
Phoenix, Arizona 85004
Phone: (602) 542-3333
Hayleigh.Crawford@azag.gov
Syreeta.Tyrell@azag.gov
ACL@azag.gov

*Counsel for the State of Arizona*

**ROB BONTA**
  Attorney General of California

By: */s/ Shiwon Choe*
Anya M. Binsacca
  *Supervising Deputy Attorney General*
Shiwon Choe[†]
Zelda Vassar[†]
Harald H. Kirn[†]
  *Deputy Attorneys General*
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
(415) 510-4400
Anya.Binsacca@doj.ca.gov
Shiwon.Choe@doj.ca.gov
Zelda.Vassar@doj.ca.gov
Harald.Kirn@doj.ca.gov

*Counsel for the State of California*

**PHILIP J. WEISER**
  Attorney General of Colorado

By: */s/ David Moskowitz*
David Moskowitz[†]
  *Deputy Solicitor General*
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
David.Moskowitz@coag.gov

*Counsel for the State of Colorado*

**WILLIAM TONG**
  Attorney General of Connecticut

By: */s/ Michael K. Skold*
Michael K. Skold[†]
  *Solicitor General*
165 Capitol Ave
Hartford, CT 06106
(860) 808-5020
Michael.skold@ct.gov

*Counsel for the State of Connecticut*

**KATHLEEN JENNINGS**
  Attorney General of Delaware

By: */s/ Ian R. Liston*
Ian R. Liston[†]
  *Director of Impact Litigation*
Vanessa L. Kassab*
  *Deputy Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Counsel for the State of Delaware*

**BRIAN L. SCHWALB**
   ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA

By: */s/ Andrew C. Mendrala*
Andrew C. Mendrala[†]
   *Assistant Attorney General*
400 Sixth Street, NW
Washington, D.C. 20001
(202) 724-9726
Andrew.mendrala@dc.gov

*Counsel for the District of Columbia*


**KWAME RAOUL**
   ATTORNEY GENERAL OF ILLINOIS

By: */s/ Darren Kinkead*
Darren Kinkead[†]
   *Public Interest Counsel*
115 South LaSalle Street
Chicago, IL 60603
(773) 590-6967
Darren.Kinkead@ilag.gov

*Counsel for the State of Illinois*


**ANNE E. LOPEZ**
   ATTORNEY GENERAL OF HAWAIʻI

By: */s/ Kalikoʻonālani D. Fernandes*
David D. Day[†]
   *Special Assistant to the Attorney General*
Kalikoʻonālani D. Fernandes[†]
   *Solicitor General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*


**LAURA KELLY**
   IN HER OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF KANSAS

By: */s/ Justin Whitten*
Justin Whitten*
   *General Counsel*
Ashley Stites-Hubbard*
   *Deputy Chief Counsel*
Office of the Kansas Governor
300 SW 10th Ave, Room 541-E
Topeka, KS 66612
(785) 296-3930
Justin.h.whitten@ks.gov
Ashley.stiteshubbard@ks.gov

*Counsel for Governor Laura Kelly*

4

| | |
|---|---|
| **OFFICE OF THE GOVERNOR** *ex rel.* **ANDY BESHEAR**<br>　IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE COMMONWEALTH OF KENTUCKY | **AARON M. FREY**<br>　ATTORNEY GENERAL OF MAINE |
| By: */s/ S. Travis Mayo*<br>S. Travis Mayo\*<br>　*General Counsel*<br>Taylor Payne\*<br>　*Chief Deputy General Counsel*<br>Laura C. Tipton\*<br>　*Deputy General Counsel*<br>Office of the Governor<br>700 Capitol Avenue, Suite 106<br>Frankfort, KY 40601<br>(502) 564-2611<br>travis.mayo@ky.gov<br>taylor.payne@ky.gov<br>laurac.tipton@ky.gov<br><br>*Counsel for the Office of the Governor* | By: */s/ Jason Anton*<br>Jason Anton†<br>　*Assistant Attorney General*<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME  04333-0006<br>Tel.:  207-626-8800<br>Fax:  207-287-3145<br>jason.anton@maine.gov<br><br>*Counsel for the State of Maine* |
| **ANTHONY G. BROWN**<br>　ATTORNEY GENERAL OF MARYLAND | **DANA NESSEL**<br>　ATTORNEY GENERAL OF MICHIGAN |
| By: */s/ Steven J. Goldstein*<br>Steven J. Goldstein†<br>　*Assistant Attorney General*<br>Office of the Attorney General of Maryland<br>200 Saint Paul Place, 20th Floor<br>Baltimore, MD 21202<br>410-576-6414<br>Sgoldstein@oag.state.md.us<br><br>*Counsel for the State of Maryland* | By: */s/ Neil Giovanatti*<br>Neil Giovanatti†<br>　*Assistant Attorney General*<br>Michigan Department of Attorney General<br>525 W. Ottawa<br>Lansing, MI 48909<br>(517) 335-7603<br>GiovanattiN@michigan.gov<br><br>*Attorney for the People of the State of Michigan* |

5

| | |
|---|---|
| **KEITH ELLISON**<br>  ATTORNEY GENERAL OF MINNESOTA | **RAÚL TORREZ**<br>  ATTORNEY GENERAL OF NEW MEXICO |

By: */s/ Katherine J. Bies*
Katherine J. Bies[†]
  *Special Counsel, Rule of Law*
445 Minnesota Street, Suite 600
St. Paul, Minnesota, 55101
(651) 300-0917
Katherine.Bies@ag.state.mn.us

*Counsel for the State of Minnesota*

By: */s/ Amy Senier*
Amy Senier
  *Senior Litigation Counsel*
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060
asenier@nmdoj.gov

*Counsel for the State of New Mexico*

**AARON D. FORD**
  ATTORNEY GENERAL OF NEVADA

By: */s/ Heidi Parry Stern*
Heidi Parry Stern[†]
  *Solicitor General*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
HStern@ag.nv.gov

*Counsel for the State of Nevada*

**DAN RAYFIELD**
  ATTORNEY GENERAL OF OREGON

By: */s/ Brian Simmonds Marshall*
Coby Howell[†]
Brian Simmonds Marshall*
  *Senior Assistant Attorney General*
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel (971) 673-1880
Fax (971) 673-5000
Brian.S.Marshall@doj.oregon.gov

*Counsel for the State of Oregon*

| | |
|---|---|
| **JOSH SHAPIRO**<br>   IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE COMMONWEALTH OF PENNSYLVANIA | **PETER F. NERONHA**<br>   ATTORNEY GENERAL OF RHODE ISLAND |

Jennifer Selber
*General Counsel*

By: */s/ Jacob B. Boyer*
Jacob B. Boyer†
  *Deputy General Counsel*
Michael J. Fisher†
  *Executive Deputy General Counsel*
Pennsylvania Office of the Governor
30 N. 3rd St., Suite 200
Harrisburg, PA 17101
(717) 460-6786
jacobboyer@pa.gov

*Counsel for Governor Josh Shapiro*

By: */s/ Leonard Giarrano IV*
Leonard Giarrano IV†
  *Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2062
lgiarrano@riag.ri.gov

*Counsel for the State of Rhode Island*

| | |
|---|---|
| **CHARITY R. CLARK**<br>   ATTORNEY GENERAL OF VERMONT | **JOSHUA L. KAUL**<br>   ATTORNEY GENERAL OF WISCONSIN |

By: */s/ Jonathan T. Rose*
Jonathan T. Rose†
  *Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-3171
Jonathan.rose@vermont.gov

*Counsel for the State of Vermont*

By: */s/ Colin T. Roth*
Colin T. Roth†
  *Assistant Attorney General*
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-7636
rothct1@doj.state.wi.us

*Counsel for the State of Wisconsin*

\*Pro hac vice application forthcoming
† Admitted pro hac vice

## LOCAL RULE 7.1 CERTIFICATE

I, Vanessa A. Arslanian, certify that between July 18, 2025, and July 25, 2025, I conferred with counsel for defendants regarding this motion, as set forth in the parties' joint motion for a scheduling order (ECF No. 61).

/s/ *Vanessa A. Arslanian*
Vanessa A. Arslanian (BBO No. 688099)
*Assistant Attorney General*
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2107
vanessa.arslanian@mass.gov
*Counsel for the Plaintiff*
*Commonwealth of Massachusetts*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

/s/ *Katherine B. Dirks*
Katherine B. Dirks

Dated: August 4, 2025