# **<u>EXHIBIT A</u>**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>U.S. OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>        Defendants. | Civil Action No. 25-11816-IT |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT ON COUNT I**

**THIS MATTER** comes before the Court upon Plaintiffs' Motion for Summary Judgment on Count I of the First Amended Complaint seeking a Declaratory Judgment pursuant to 28 U.S.C. § 2201(a) and 5 U.S.C. § 703 regarding the limitations on the use of 2 C.F.R § 200.340(a) (2024) and 2 C.F.R. § 200.340(a)(2) (2021) (the "Clause") as promulgated by Defendant U.S. Office of Management Budget and incorporated into the regulations promulgated by Defendants U.S. Department of Commerce, U.S. Department of Defense, U.S. Department of Homeland Security, U.S. Department of the Interior, U.S. Department of Justice, U.S. Department of Labor, U.S. Department of State, U.S. Environmental Protection Agency, U.S. Federal Emergency Management Agency, National Endowment for the Humanities, and National Science Foundation. Following briefing by the parties, the Court carefully considered the submissions and decided the matter. For the reasons set forth, and other good cause shown,

**IT IS** on this _____ day of _____, 2025, **ORDERED, ADJUDGED**, and **DECREED** as follows:

1. Plaintiffs' Motion for Summary Judgment on Count I is **GRANTED** in its entirety in favor of Plaintiffs and against Defendants.

2. Pursuant to 28 U.S.C. § 2201(a) and 5 U.S.C. § 703, the Court **DECLARES** that the Clause, as well as Defendants' parallel agency regulations, do not authorize the termination of federal grant awards (a) based on new agency priorities identified after the time of the federal award; (b) where any Defendant uses the Clause to withhold duly appropriated funds by identifying "agency priorities" that disregard or are otherwise incompatible with Congress's directives; or (c) if the award terms and conditions do not clearly and unambiguously specify that the award can be terminated when it "no longer effectuates the program goals or agency priorities."

3. The Clerk is directed to enter Judgment in favor of Plaintiffs on Count I, and the Court retains jurisdiction to enforce this Judgment.

**IT IS SO ORDERED**

                                            **Honorable Indira Talwani**
                                            **United States District Judge**