IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. OFFICE OF MANAGEMENT AND BUDGET, *et al.*, <br><br> Defendants. | Civil Action No. 25-11816-IT |

**DECLARATION OF VANESSA ARSLANIAN**

I, Vanessa Arslanian, an attorney admitted to practice before this Court, do hereby state the following under the penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am an Assistant Attorney General in the Office of the Attorney General for the Commonwealth of Massachusetts, and I appear on behalf of the Commonwealth of Massachusetts in this action.

2. I submit this declaration in support of Plaintiff States' Motion for Summary Judgment, pursuant to Federal Rule of Civil Procedure 56.

3. The facts set forth herein are based upon my personal knowledge or a review of the files in my possession.

4. I have attached to this declaration true and correct copies of factual declarations. The exhibits are described as follows:

5. Attached hereto as Exhibit 1 is the declaration of Tomász Diaz de la Rubia and accompanying exhibits.

1

6. Attached hereto as Exhibit 2 is the declaration of Michel G. Goetz and accompanying exhibits.

7. Attached hereto as Exhibit 3 is the declaration of Kevin Thomas and accompanying exhibits.

8. Attached hereto as Exhibit 4 is the declaration of Nancy Farias Womack and accompanying exhibits.

9. Attached hereto as Exhibit 5 is the declaration of Joe Barela and accompanying exhibits.

10. Attached hereto as Exhibit 6 is the declaration of Kate Greenberg and accompanying exhibits.

11. Attached hereto as Exhibit 7 is the declaration of Erick Scheminske and accompanying exhibits.

12. Attached hereto as Exhibit 8 is the declaration of Katie Dykes and accompanying exhibits.

13. Attached hereto as Exhibit 9 is the declaration of Bryan P. Hurlburt and accompanying exhibits.

14. Attached hereto as Exhibit 10 is the declaration of Gabrielle Stevens.

15. Attached hereto as Exhibit 11 is the declaration of Marie Cameron and accompanying exhibits.

16. Attached hereto as Exhibit 12 is the declaration of Joseph Pace and accompanying exhibits.

17. Attached hereto as Exhibit 13 is the declaration of Chad B. Walton and accompanying exhibits.

18. Attached hereto as Exhibit 14 is the declaration of Theodore Berger and accompanying exhibits.

19. Attached hereto as Exhibit 15 is the declaration of Brett Cox and accompanying exhibits.

20. Attached hereto as Exhibit 16 is the declaration of Jacob Poeschel and accompanying exhibits.

21. Attached hereto as Exhibit 17 is the declaration of José Ponce Martinez and accompanying exhibits.

22. Attached hereto as Exhibit 18 is the declaration of Kristin Richards and accompanying exhibits.

23. Attached hereto as Exhibit 19 is the declaration of Tony Sanders and accompanying exhibits.

24. Attached hereto as Exhibit 20 is the declaration of Gregory Stevens and accompanying exhibits.

25. Attached hereto as Exhibit 21 is the declaration of Judy Vollmar and accompanying exhibits.

26. Attached hereto as Exhibit 22 is the declaration of Jay Walsh and accompanying exhibits.

27. Attached hereto as Exhibit 23 is the declaration of Lita Biggs and accompanying exhibits.

28. Attached hereto as Exhibit 24 is the declaration of Amy Penrod and accompanying exhibits.

29. Attached hereto as Exhibit 25 is the declaration of Jamie Link and accompanying exhibits.

30. Attached hereto as Exhibit 26 is the declaration of Laura A. Fortman and accompanying exhibits.

31. Attached hereto as Exhibit 27 is the declaration of Denise Barton and accompanying exhibits.

32. Attached hereto as Exhibit 28 is the declaration of Matthew J. Gorzkowicz and accompanying exhibits.

33. Attached hereto as Exhibit 29 is the declaration of Nathan R. Mackinnon and accompanying exhibits.

34. Attached hereto as Exhibit 30 is the declaration of Jennifer Flood and accompanying exhibits.

35. Attached hereto as Exhibit 31 is the declaration of Shawn Kremer and accompanying exhibits.

36. Attached hereto as Exhibit 32 is the declaration of Ahna Minge and accompanying exhibits.

37. Attached hereto as Exhibit 33 is the declaration of Diane Samuel and accompanying exhibits.

38. Attached hereto as Exhibit 34 is the declaration of Robert Asaro-Angelo and accompanying exhibits.

39. Attached hereto as Exhibit 35 is the declaration of Carin Berkowitz and accompanying exhibits.

40. Attached hereto as Exhibit 36 is the declaration of Amy Cuhel-Schuckers.

41. Attached hereto as Exhibit 37 is the declaration of Jonathan GS Koppell and accompanying exhibits.

42. Attached hereto as Exhibit 38 is the declaration of Adrienne Kreipke and accompanying exhibits.

43. Attached hereto as Exhibit 39 is the declaration of Kelly Ottobre and accompanying exhibits.

44. Attached hereto as Exhibit 40 is the declaration of Edward D. Wengryn and accompanying exhibits.

45. Attached hereto as Exhibit 41 is the declaration of Mark Melhoff and accompanying exhibits.

46. Attached hereto as Exhibit 42 is the declaration of Lisa M. Brooks and accompanying exhibits.

47. Attached hereto as Exhibit 43 is the declaration of Patricia Logan Greene and accompanying exhibits.

48. Attached hereto as Exhibit 44 is the declaration of Scott Melvin and accompanying exhibits.

49. Attached hereto as Exhibit 45 is the declaration of Russel Casler and accompanying exhibits.

50. Attached hereto as Exhibit 46 is the declaration of Uri Z. Monson and accompanying exhibits.

51. Attached hereto as Exhibit 47 is the declaration of Kristine Campagna and accompanying exhibits.

52. Attached hereto as Exhibit 48 is the declaration of Brian M. Daniels.

53. Attached hereto as Exhibit 49 is the declaration of Bethany Jenkins.

54. Attached hereto as Exhibit 50 is the declaration of Catherine Dimitruk and accompanying exhibits.

55. Attached hereto as Exhibit 51 is the declaration of Dorota A. Grejner-Brzezinska and accompanying exhibits.

56. Attached hereto as Exhibit 52 is the declaration of Pamela McGillivray.

57. Attached hereto as Exhibit 53 is the declaration of Melissa Nielsen.

58. Attached hereto as Exhibit 54 is the declaration of Jesse Patchak.

59. Attached hereto as Exhibit 55 is the declaration of Nathan W. Bowen and accompanying exhibits.

Dated:    August 4, 2025
          Boston, MA

/s/ *Vanessa A. Arslanian*
Vanessa A. Arslanian
Assistant Attorney General
Office of the Attorney General of Massachusetts

**CERTIFICATE OF SERVICE**

I, Katherine B. Dirks, certify that counsel for or on behalf of plaintiffs have submitted the foregoing document with the clerk of court for the District of Massachusetts, using the electronic case filing system of the Court. Counsel for Plaintiffs hereby certify that they have served all parties electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

/s/ *Katherine B. Dirks*
Katherine B. Dirks
Assistant Attorney General