# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, et al.,<br>Plaintiffs,<br>v.<br>U.S. OFFICE OF MANAGEMENT AND BUDGET, et al.,<br>Defendants. | C.A. No. 1:25-cv-11816 |

**DECLARATION OF TOMÁS DIAZ de la RUBIA**

I, Tomás Diaz de la Rubia, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the Senior Vice President for Research and Partnerships of the University of Arizona. I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

2. As the Senior Vice President for Research and Partnerships, I lead and oversee the Office of Research and Partnerships. The Office of Research and Partnerships at the University of Arizona is responsible for, among other things, research grant administration and management at the University of Arizona.

3. I submit this Declaration in support of the States' Motion for Summary Judgment relating to the clause stating that federal agencies may terminate grants "pursuant to the terms and conditions of the Federal award, including, to the extent authorized by law, if an award no

longer effectuates the program goals or agency priorities" in 2 C.F.R. § 200.340(a)(4) (2024) and its predecessor, 2 C.F.R. § 200.340(a)(2) (2021) (jointly referred to as the "Clause").

4. The University of Arizona has had grants terminated pursuant to the Clause, including, but not limited to:

a. On May 1, 2025, the University of Arizona had a $9,999,979 award terminated.

Award number: XJ-98T65901-3

Award title: The Western Environmental Science Technical Assistance Center for Environmental Justice (WEST EJ Center)

Rationale: "This EPA Assistance Agreement is terminated effective immediately on the grounds that the remaining portion of the Federal award will not accomplish the EPA funding priorities for achieving program goals. The objectives of the award are no longer consistent with EPA funding priorities."

5. The University of Arizona has current grants with Defendants that are at risk of termination pursuant to the Clause, including, but not limited to:

a. Award: 98T51901 issued 6/8/23

Amount: $96,000

Title: Improving Groundwater Quality Through Community Education

6. The University of Arizona has pending grant applications with Defendants that, if awarded, will be at risk of termination pursuant to the Clause, including, but not limited to:

a. Proposal Title: Bridging Resources for Enhanced Air Tools and Health Equity with Adaptive Integration and Reporting (BREATHEAIR), Internal application date 6/24/24, Amount: $1,250,000.00

b. Proposal Title: Supplement for Western Environmental Science Technical Assistance Center for Environmental Justice (WEST EJ Center), Internal application date 8/30/24, Amount: $1,141,880.00

c. Proposal Title: Community Health Improvement through Landscape, Linkages and Innovative Technologies (CHILL-IT), Internal application date 10/4/24, Amount: $19,999,987.00

d. Proposal Title: Mining for Justice: Elevating historically marginalized voices in rural Arizona environmental decision-making, Internal application date 11/6/24, Amount: $2,922,793.00

7. The University of Arizona is likely to apply for grants from Defendants in the future.

a. From 2023 to 2025 the University received grants in the amounts of $4,000,000 in 2023, $96,000 in 2024 and $4,100,000 in 2025

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 29 day of July, 2025, in Tucson, Arizona.

TOMÁS DIAZ de la RUBIA
Senior Vice President for Research and Partnerships
The University of Arizona

# Exhibit A

OFFICE OF MISSION SUPPORT

WASHINGTON, D.C. 20460

May 1, 2025

**MEMORANDUM**

**SUBJECT:** Termination of EPA Assistance Agreement XJ-98T65901-3 under 2 CFR 200.340

**FROM:** EPA Award Official

**TO:** Dr. Sangita Pawar, Vice President, Operations
Arizona Board of Regents, University of Arizona

The purpose of this communication is to notify you that the U.S. Environmental Protection Agency (EPA) is hereby terminating Assistance Agreement No. XJ-98T65901-3 awarded to Arizona Board of Regents, University of Arizona. This EPA Assistance Agreement is terminated effective immediately on the grounds that the remaining portion of the Federal award will not accomplish the EPA funding priorities for achieving program goals. The objectives of the award are no longer consistent with EPA funding priorities.

The EPA Administrator has determined that, per the Agency's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Agency's grants do not conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions. In addition to complying with the law, it is vital that the Agency assess whether all grant payments are free from fraud, abuse, waste, and duplication, as well as to assess whether current grants are in the best interests of the United States.

The process for closeout is generally outlined in 2 CFR 200.344. EPA is clarifying what reports are required and what reports are waived below. Other requirements are still in effect if applicable to your grant.

EPA is requiring the following closeout reports due within 120 days of closeout (2 CFR 200.344a:)

- Final Federal Financial Report, SF-425
- Final Technical Report
- Other programmatic reports identified in your terms and conditions

As part of this termination, EPA is waiving the following closeout reports:

- Property Report, SF-428
- Final Minority Business Enterprise/Woman Business Enterprise Utilization Under Federal Grants and Cooperative Agreements, EPA Form 5700-52A

The recipient may request payment from the Automated Standard Application Payments (ASAP) system for allowable costs incurred up to the date of this memo provided that such costs were contained in the approved workplan. Costs incurred by you after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if your federal award was not suspended or expired normally at the end of the period of

performance in which the termination takes effect. *See* 2 C.F.R. § 200.343. You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-45 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g).

Also, per 2 CFR 200.472, a recipient may use grant funds to properly closeout their grant including reasonable and necessary costs that might occur after the date of this memo. If the recipient drew down funds from ASAP for costs beyond the termination date or for costs that exceed the amount necessary to properly closeout their grant, the recipient must contact RTPFC at rtpfc-grants@epa.gov for instructions on how to return the excess funds.

The EPA Grants Management Office has issued an amendment to the agreement to document the termination. If you wish to dispute this termination decision, the Disputes Decision Official (DDO), Josh F.W. Cook, must receive the Dispute no later than 30 calendar days from the date this termination notice is electronically sent to you. Disputes must be sent electronically by email to the DDO at grantsregion9@epa.gov , with a copy to the EPA Award Official, mendiola.angela@epa.gov within the 30-day period stated above. The Dispute submitted to the DDO must include: (1) A copy of the disputed Agency Decision; (2) A detailed statement of the specific legal and factual grounds for the Dispute, including copies of any supporting documents; (3) The specific remedy or relief you seek under the Dispute; and (4) The name and contact information, including email address, of your designated point of contact for the Dispute. *See* 2 CFR 1500.15

The requirements on post-closeout adjustments and continuing responsibilities, including audit and record retention requirements, at 2 CFR 200.345 remain in effect.

ATTACHMENT
Amendment Document

cc: Dr. Paloma Beamer, Professor, Public Health
Jessica Helgesen, EPA Project Officer
Karla Carrillo Castillo, EPA Grants Specialist

# Administrative Conditions

## UNILATERAL TERMINATION

1. The Agency is asserting its right under 2 CFR 200.340 and the Termination General Term and Condition of this agreement to unilaterally terminate this award. This amendment serves as required notice under 2 CFR 200.341.

2. Consistent with 2 CFR 200.343 Effect of suspension and termination, costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient after the termination of a Federal award are not allowable. Costs after termination are allowable if:

> a. The costs result from financial obligations which were properly incurred by the recipient or subrecipient before the effective date of suspension or termination, and not in anticipation of it; and
>
> b. The costs would be allowable if the Federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect.
>
> c. The costs are reasonable and necessary termination costs consistent with 2 CFR 200.472.

3. Federal Financial Reporting (FFR) General Terms and Conditions is still in full force and effect. EPA recipients must submit the SF-425 no later than 120 calendar days after the end date of the period of performance of the award.

4. Programmatic Terms and Conditions. Performance reporting is still in full force and effect. The recipient must submit the final report no later than 120 calendar days after the period of performance.

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include information on each of the following areas:

> a. A comparison of accomplishments to the outputs/outcomes established in the assistance agreement work plan for the reporting period;
>
> b. Explanations on why established outputs/outcomes were not met; and
>
> c. Additional information, analysis, and explanation of cost overruns or high-than-expected-unit costs.

5. Waiver of Reports

The following reports are waived:

> a. Utilization of Disadvantaged Business Enterprises General Terms and Conditions, EPA Form 5700-52A.
>
> b. Tangible Personal Property Report, SF-428, General Terms and Conditions.

6. Record Retention

Access to Records, 2 CFR 200.337, is still in full force and effect. The termination of this award does not affect the right of EPA to disallow costs and recover funds on the basis of a later audit or other reviews. Information regarding record retention, property disposition in accordance with EPA regulations, and other frequently asked questions can be accessed at https://www.epa.gov/grants/frequent-questions-about-closeouts.

# Programmatic Conditions

## *** END OF ASSISTANCE AGREEMENT ***