# EXHIBIT 15

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, et al., | |
| Plaintiffs, | |
| v. | C.A. No. 1:25-cv-11816 |
| U.S. OFFICE OF MANAGEMENT AND BUDGET, et al., | |
| Defendants. | |

## DECLARATION OF BRETT COX

I, Brett Cox, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.  I am Chief Financial Officer of the Illinois Department of Employment Security. I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

2.  As Chief Financial Officer, I am responsible for overseeing financial operations for the Illinois Department of Employment Security, including Budget, Accounting, Revenue, Audit, and Quality Assurance and Compliance Review functions.

3.  I submit this Declaration in support of the States' Motion for Summary Judgment relating to the clause stating that federal agencies may terminate grants "pursuant to the terms and conditions of the Federal award, including, to the extent authorized by law, if an award no longer effectuates the program goals or agency priorities" in 2 C.F.R. § 200.340(a)(4) (2024) and its predecessor, 2 C.F.R. § 200.340(a)(2) (2021) (jointly referred to as the "Clause").

1

4.    The Illinois Department of Employment Security has had grants terminated pursuant to the Clause. On May 22, 2025, Defendant United States Department of Labor cited the Clause to terminate six awards totaling $28,856,550 to the Illinois Department of Employment Security under Unemployment Insurance Program Letter Nos. 02-22, 11-23, 22-21, and 23-21. Defendant United States Department of Labor cited the Clause to terminate this grant based on new agency priorities not contemplated at the time of the grant. The Illinois Department of Employment Security was using the grants to modernize its unemployment insurance systems. Copies of the termination letters are attached to this declaration.

5.    The Illinois Department of Employment Security has current grants with Defendants that are at risk of termination pursuant to the Clause. These grant agreements are almost exclusively with Defendant United States Department of Labor and include but are not limited to grants for unemployment insurance administration, workforce and employment services, and labor market information.

6.    The Illinois Department of Employment Security intends to apply for future grants from Defendants, including but not limited to annual grants from Defendant United States Department of Labor for unemployment insurance administration, workforce and employment services, and labor market information.

7.    In the State of Illinois fiscal year that ended June 30, 2025, the Illinois Department of Employment Security received $274,911,607.29 in federal funds from Defendant United States Department of Labor.

8.    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of July, 2025, in Springfield, Illinois.


Brett Cox
Chief Financial Officer
Illinois Department of Employment Security

# Exhibit A

**U.S. Department of Labor**          Employment and Training Administration
                                      200 Constitution Avenue, N.W.
                                      Washington, D.C.  20210



NOTICE OF TERMINATION
Grant Number: 23A60UB000087

May 22, 2025

Raymond Marchiori
Acting Director
Illinois Department of Employment Security
33 S. State St. FL 9
Chicago, IL  60603-2804

Dear Mr. Marchiori:

In accordance with 2 CFR 200.340(a)(2), grant number 23A60UB000087, awarded under Unemployment Insurance Program Letter No. 11-23, is being terminated because it no longer effectuates the U.S. Department of Labor's (Department) priorities for its grant funding.  The Department is currently undergoing a comprehensive review of the uses of American Rescue Plan Act (ARPA) funding to ensure that the use of such funds is done in the most efficient and effective manner to achieve the objectives of ARPA, and in a manner that aligns with agency and administration priorities.  After completing its review, the Department may consider new funding opportunities to achieve these objectives.  Taking this action now allows the Department to maintain the flexibility to meet those objectives in alignment with administration and agency priorities.

The termination is effective as of the date of this letter.  As part of the termination process, ETA will immediately truncate the grant's period of performance end date to match the date of this letter.  Your organization will receive a subsequent administrative grant amendment reflecting this change, as well as an email outlining instructions for the grant closeout process.

Pursuant to 2 CFR 200.343, this letter also serves as notice of express authorization that termination costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient after termination are allowable.  Requirements for the allowability of such costs are found here: 2 CFR 200.472 (Sept. 30, 2024) -- Termination costs.  As a reminder, all costs charged to Federal awards, including termination costs, must be reasonable and allocable in the performance of the Federal award.  See 2 CFR 200.403-405.

For the reasons noted above, the Department has determined that the award does not effectuate agency priorities.  This determination constitutes final agency action and is not subject to administrative appeal.  If you have questions, please contact ARPAGrants@dol.gov.

Sincerely,

*Janice Sheelor*

Janice Sheelor
Grant Officer
Office of Grants Management
Employment and Training Administration

# Exhibit B

**U.S. Department of Labor**     Employment and Training Administration
200 Constitution Avenue, N.W.
Washington, D.C.  20210

NOTICE OF TERMINATION
Grant Number: UI370622155A17

May 22, 2025

Raymond Marchiori
Acting Director
Illinois Department of Employment Security
33 S. State St. FL 9
Workforce Development
Chicago, IL  60603-2804

Dear Mr. Marchiori:

In accordance with 2 CFR 200.340(a)(2), grant number UI370622155A17, awarded under Unemployment Insurance Program Letter No. 22-21, is being terminated because it no longer effectuates the U.S. Department of Labor's (Department) priorities for its grant funding.  The Department is currently undergoing a comprehensive review of the uses of American Rescue Plan Act (ARPA) funding to ensure that the use of such funds is done in the most efficient and effective manner to achieve the objectives of ARPA, and in a manner that aligns with agency and administration priorities.  After completing its review, the Department may consider new funding opportunities to achieve these objectives.  Taking this action now allows the Department to maintain the flexibility to meet those objectives in alignment with administration and agency priorities.

The termination is effective as of the date of this letter.  As part of the termination process, ETA will immediately truncate the grant's period of performance end date to match the date of this letter.  Your organization will receive a subsequent administrative grant amendment reflecting this change, as well as an email outlining instructions for the grant closeout process.

Pursuant to 2 CFR 200.343, this letter also serves as notice of express authorization that termination costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient after termination are allowable.  Requirements for the allowability of such costs are found here: 2 CFR 200.472 (Sept. 30, 2024) -- Termination costs.  As a reminder, all costs charged to Federal awards, including termination costs, must be reasonable and allocable in the performance of the Federal award.  See 2 CFR 200.403-405.

For the reasons noted above, the Department has determined that the award does not effectuate agency priorities.  This determination constitutes final agency action and is not subject to administrative appeal.  If you have questions, please contact ARPAGrants@dol.gov.

Sincerely,

*Janice Sheelor*

Janice Sheelor
Grant Officer
Office of Grants Management
Employment and Training Administration

# Exhibit C

**U.S. Department of Labor**       Employment and Training Administration
200 Constitution Avenue, N.W.
Washington, D.C.  20210



NOTICE OF TERMINATION
Grant Number: 23A60UB000121

May 22, 2025

Raymond Marchiori
Acting Director
Illinois Department of Employment Security
33 S. State St. FL 9
Chicago, IL  60603-2804

Dear Mr. Marchiori:

In accordance with 2 CFR 200.340(a)(2), grant number 23A60UB000121, awarded under Unemployment Insurance Program Letter No. 11-23, is being terminated because it no longer effectuates the U.S. Department of Labor's (Department) priorities for its grant funding.  The Department is currently undergoing a comprehensive review of the uses of American Rescue Plan Act (ARPA) funding to ensure that the use of such funds is done in the most efficient and effective manner to achieve the objectives of ARPA, and in a manner that aligns with agency and administration priorities.  After completing its review, the Department may consider new funding opportunities to achieve these objectives.  Taking this action now allows the Department to maintain the flexibility to meet those objectives in alignment with administration and agency priorities.

The termination is effective as of the date of this letter.  As part of the termination process, ETA will immediately truncate the grant's period of performance end date to match the date of this letter.  Your organization will receive a subsequent administrative grant amendment reflecting this change, as well as an email outlining instructions for the grant closeout process.

Pursuant to 2 CFR 200.343, this letter also serves as notice of express authorization that termination costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient after termination are allowable.  Requirements for the allowability of such costs are found here: 2 CFR 200.472 (Sept. 30, 2024) -- Termination costs.  As a reminder, all costs charged to Federal awards, including termination costs, must be reasonable and allocable in the performance of the Federal award.  See 2 CFR 200.403-405.

For the reasons noted above, the Department has determined that the award does not effectuate agency priorities.  This determination constitutes final agency action and is not subject to administrative appeal.  If you have questions, please contact ARPAGrants@dol.gov.

Sincerely,

*Janice Sheelor*

Janice Sheelor
Grant Officer
Office of Grants Management
Employment and Training Administration

# Exhibit D

**U.S. Department of Labor**    Employment and Training Administration
200 Constitution Avenue, N.W.
Washington, D.C.  20210



NOTICE OF TERMINATION
Grant Number: 23A55UB000015

May 22, 2025

Raymond Marchiori
Acting Director
Illinois Department of Employment Security
33 S Street FL 9
Chicago, IL  60603-2804

Dear Mr. Marchiori:

In accordance with 2 CFR 200.340(a)(2), grant number 23A55UB000015, awarded under Unemployment Insurance Program Letter No. 02-22, is being terminated because it no longer effectuates the U.S. Department of Labor's (Department) priorities for its grant funding.  The Department is currently undergoing a comprehensive review of the uses of American Rescue Plan Act (ARPA) funding to ensure that the use of such funds is done in the most efficient and effective manner to achieve the objectives of ARPA, and in a manner that aligns with agency and administration priorities.  After completing its review, the Department may consider new funding opportunities to achieve these objectives.  Taking this action now allows the Department to maintain the flexibility to meet those objectives in alignment with administration and agency priorities.

The termination is effective as of the date of this letter.  As part of the termination process, ETA will immediately truncate the grant's period of performance end date to match the date of this letter.  Your organization will receive a subsequent administrative grant amendment reflecting this change, as well as an email outlining instructions for the grant closeout process.

Pursuant to 2 CFR 200.343, this letter also serves as notice of express authorization that termination costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient after termination are allowable.  Requirements for the allowability of such costs are found here: 2 CFR 200.472 (Sept. 30, 2024) -- Termination costs.  As a reminder, all costs charged to Federal awards, including termination costs, must be reasonable and allocable in the performance of the Federal award.  See 2 CFR 200.403-405.

For the reasons noted above, the Department has determined that the award does not effectuate agency priorities.  This determination constitutes final agency action and is not subject to administrative appeal.  If you have questions, please contact ARPAGrants@dol.gov.

Sincerely,

*Janice Sheelor*

Janice Sheelor
Grant Officer
Office of Grants Management
Employment and Training Administration

# Exhibit E

**U.S. Department of Labor**     Employment and Training Administration
200 Constitution Avenue, N.W.
Washington, D.C.  20210



NOTICE OF TERMINATION
Grant Number: 23A60UB000041

May 22, 2025

Raymond Marchiori
Acting Director
Illinois Department of Employment Security
33 S State St FL 9
Chicago, IL 60603-2804

Dear Mr. Marchiori:

In accordance with 2 CFR 200.340(a)(2), grant number 23A60UB000041, awarded under
Unemployment Insurance Program Letter No. 11-23, is being terminated because it no longer
effectuates the U.S. Department of Labor's (Department) priorities for its grant funding.  The
Department is currently undergoing a comprehensive review of the uses of American Rescue
Plan Act (ARPA) funding to ensure that the use of such funds is done in the most efficient and
effective manner to achieve the objectives of ARPA, and in a manner that aligns with agency and
administration priorities.  After completing its review, the Department may consider new funding
opportunities to achieve these objectives.  Taking this action now allows the Department to
maintain the flexibility to meet those objectives in alignment with administration and agency
priorities.

The termination is effective as of the date of this letter.  As part of the termination process, ETA
will immediately truncate the grant's period of performance end date to match the date of this
letter.  Your organization will receive a subsequent administrative grant amendment reflecting
this change, as well as an email outlining instructions for the grant closeout process.

Pursuant to 2 CFR 200.343, this letter also serves as notice of express authorization that
termination costs to the recipient or subrecipient resulting from financial obligations incurred by
the recipient or subrecipient after termination are allowable.  Requirements for the allowability
of such costs are found here: 2 CFR 200.472 (Sept. 30, 2024) -- Termination costs.  As a
reminder, all costs charged to Federal awards, including termination costs, must be reasonable
and allocable in the performance of the Federal award.  See 2 CFR 200.403-405.

For the reasons noted above, the Department has determined that the award does not effectuate
agency priorities.  This determination constitutes final agency action and is not subject to
administrative appeal.  If you have questions, please contact ARPAGrants@dol.gov.

Sincerely,

*Janice Sheelor*

Janice Sheelor
Grant Officer
Office of Grants Management
Employment and Training Administration

# Exhibit F

**U.S. Department of Labor**      Employment and Training Administration
200 Constitution Avenue, N.W.
Washington, D.C.  20210



NOTICE OF TERMINATION
Grant Number: UI387852255A17

May 22, 2025

Raymond Marchiori
Acting Director
Illinois Department of Employment Security
33 S State St FL 9
Workforce Development
Chicago, IL 60603-2804

Dear Mr. Marchiori:

In accordance with 2 CFR 200.340(a)(2), grant number UI387852255A17, awarded under
Unemployment Insurance Program Letter No. 23-21, is being terminated because it no longer
effectuates the U.S. Department of Labor's (Department) priorities for its grant funding.  The
Department is currently undergoing a comprehensive review of the uses of American Rescue
Plan Act (ARPA) funding to ensure that the use of such funds is done in the most efficient and
effective manner to achieve the objectives of ARPA, and in a manner that aligns with agency and
administration priorities.  After completing its review, the Department may consider new funding
opportunities to achieve these objectives.  Taking this action now allows the Department to
maintain the flexibility to meet those objectives in alignment with administration and agency
priorities.

The termination is effective as of the date of this letter.  As part of the termination process, ETA
will immediately truncate the grant's period of performance end date to match the date of this
letter.  Your organization will receive a subsequent administrative grant amendment reflecting
this change, as well as an email outlining instructions for the grant closeout process.

Pursuant to 2 CFR 200.343, this letter also serves as notice of express authorization that
termination costs to the recipient or subrecipient resulting from financial obligations incurred by
the recipient or subrecipient after termination are allowable.  Requirements for the allowability
of such costs are found here: 2 CFR 200.472 (Sept. 30, 2024) -- Termination costs.  As a
reminder, all costs charged to Federal awards, including termination costs, must be reasonable
and allocable in the performance of the Federal award.  See 2 CFR 200.403-405.

For the reasons noted above, the Department has determined that the award does not effectuate
agency priorities.  This determination constitutes final agency action and is not subject to
administrative appeal.  If you have questions, please contact ARPAGrants@dol.gov.

Sincerely,

*Janice Sheelor*

Janice Sheelor
Grant Officer
Office of Grants Management
Employment and Training Administration