EXHIBIT 27

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF NEW JERSEY, et al., | |
| Plaintiffs, | |
| v. | C.A. No. 1:25-cv-11816-IT |
| U.S. OFFICE OF MANAGEMENT AND BUDGET, et al., | |
| Defendants. | |

**DECLARATION OF DENISE BARTON**

I, Denise Barton, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a resident of the Commonwealth of Massachusetts. I am over the age of eighteen. I have been an attorney since 1994 and am licensed to practice in the Commonwealth of Massachusetts.

2. I am currently employed by the University of Massachusetts in its Office of the General Counsel as its Chief Deputy General Counsel.

3. As Chief Deputy General Counsel for the University of Massachusetts I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records provided to me by University of Massachusetts' employees and I believe that information to be true.

4. The University of Massachusetts has approximately 73,555 students and about 26,615 full and part time employees who study, work, and/or conduct research on its five campuses (the University of Massachusetts Amherst, the University of Massachusetts Boston,

1

the University of Massachusetts Chan Medical School, the University of Massachusetts Dartmouth, and the University of Massachusetts Lowell), as well as the University of Massachusetts Office of the President. See M.G.L. c. 75. The University of Massachusetts maintains business records in the ordinary course of business which include, *inter alia,* records concerning grant proposals submitted to and funding received from federal agencies by the University of Massachusetts.

5.    I submit this Declaration in support of the Plaintiff States' Motion for Summary Judgment relating to the clause stating that federal agencies may terminate grants "pursuant to the terms and conditions of the Federal award, including, to the extent authorized by law, if an award no longer effectuates the program goals or agency priorities" in 2 C.F.R. § 200.340(a)(4) (2024) and its predecessor, 2 C.F.R. § 200.340(a)(2) (2021) (jointly referred to as the "Clause").

6.    The University of Massachusetts system ("UMass") has had grants terminated pursuant to the Clause, including, by way of example:

- On March 14, 2025, the Department of Defense terminated a $2,782,804 grant to UMass Lowell, which funds *Harmonizing research into AI Futures and Governance.* The Department of Defense cited the Clause and terminated that grant based on new agency priorities not contemplated at the time of the grant. A copy of the termination letter associated with this funding is attached as **Exhibit A**.

- On May 8, 2025, the Department of Homeland Security terminated a $374,640 grant to UMass Lowell, which funds *Insider Threat in Law Insider threats in US law enforcement: Assessing the personal and environmental risk factors from white supremacist and far-right*

2

*groups.* The Department of Homeland Security cited this Clause and terminated that grant based on new agency priorities not contemplated at the time of the grant. A copy of the termination letter associated with this funding is attached as **Exhibit B**.

• On April 2, 2025, the National Endowment for the Humanities terminated a $185,000 grant to UMass Amherst, which funds *software enhancements for the digital edition of the settings of Tasso's poetry*. The National Endowment for the Humanities cited this Clause and terminated that grant based on new agency priorities not contemplated at the time of the grant. A copy of the termination letter associated with this funding is attached as **Exhibit C**.

• On May 5, 2025, the Department of Commerce terminated a $49,921 grant through the National Oceanic and Atmospheric Administration (NOAA) grant to UMass Amherst, which funds *Assessing the Ecological and Socio-Economic Efficacy of Nature-Based Infrastructure in Enhancing Climate Resilience: A Case Study of Connecticut's National Estuarine Reserve*. The Department of Commerce cited this Clause and terminated that grant based on new agency priorities not contemplated at the time of the grant. A copy of the termination letter associated with this funding is attached as **Exhibit D**.

7. UMass has current grants with Agency Defendants who have repeatedly used the Clause to terminate similar grants, including, but not limited to:

3

- Department of Agriculture – 134 active grants.

- Department of Commerce – 53 active grants.

- Department of Defense – 155 active grants.

- Department of Homeland Security – 2 active grants.

- Department of Justice – 26 active grants.

- Department of Labor – 5 active grants.

- Department of State – 11 active awards.

- Environmental Protection Agency – 25 active grants.

- National Science Foundation – 529 active grants.

8. In addition to currently active grants, UMass has pending grant applications with certain Agency Defendants who have repeatedly used the Clause to terminate similar grants. By way of example, UMass has the following applications pending:

- Department of Agriculture – 7 pending applications.

- Department of Defense – 31 pending applications.

- Department of Homeland Security – 1 pending application.

- Department of State – 3 pending applications.

- Environmental Protection Agency – 4 pending applications.

- National Endowment for the Humanities - 4 pending applications.

- National Science Foundation – 228 pending applications.

9. UMass is likely to apply for grants from Agency Defendants in the future.

- From 2020 to 2024, UMass has received total grant funding in the range of approximately $17,000,000 to $26,000,000 annually from the Department of Agriculture. UMass is likely to apply for grants from the Department of Agriculture in the future.

4

- From 2020 to 2024, UMass has received total grant funding in the range of approximately $3,600,000 to $9,300,000 annually from the Department of Commerce. UMass is likely to apply for grants from the Department of Commerce in the future.

- From 2020 to 2024, UMass has received total grant funding in the range of approximately $20,600,000 to $78,400,000 annually from the Department of Defense. UMass is likely to apply for grants from the Department of Defense in the future.

- From 2020 to 2024, UMass has received total grant funding in the range of approximately $0 to $1,300,000 annually from the Department of Homeland Security. UMass is likely to apply for grants from the Department of Homeland Security in the future.

- From 2020 to 2024, UMass has received total grant funding in the range of approximately $1,400,000 to $4,700,000 annually from the Department of Justice. UMass is likely to apply for grants from the Department of Justice in the future.

- From 2020 to 2024, UMass has received total grant funding in the range of approximately $1,800,000 to $2,300,000 annually from the Department of Labor. UMass is likely to apply for grants from the Department of Labor in the future.

- From 2020 to 2024, UMass has received total grant funding in the range of approximately $800,000 to $3,000,000 annually from the Department of State. UMass is likely to apply for grants from the Department of State in the future.

- From 2020 to 2024, UMass has received total grant funding in the range of approximately $1,000,000 to $6,200,000 annually from the Environmental Protection Agency. UMass is likely to apply for grants from the Environmental Protection Agency in the future.

- From 2020 to 2024, UMass has received total grant funding in the range of approximately $200,000 to $600,000 annually from the National Endowment for the Humanities. UMass is likely to apply for grants from the National Endowment for the Humanities in the future.

- From 2020 to 2024, UMass has received total grant funding in the range of approximately $52,000,000 to $70,000,000 annually from the National Science Foundation. UMass is likely to apply for grants from the National Science Foundation in the future.

5

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of July, 2025, in Westborough, Massachusetts.

/s/ *Denise Barton*
Denise Barton
Chief Deputy General Counsel
University of Massachusetts
Office of the General Counsel
50 Washington Street
Westborough, Massachusetts 01581

6

# EXHIBIT A

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | 1. CONTRACT ID CODE | PAGE OF PAGES | |
|---|---|---|---|
| | | 1 | 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.(If applicable) |
|---|---|---|---|
| P00002 | 06-Mar-2025 | SEE SCHEDULE | |

| 6. ISSUED BY | CODE | W911NF | 7. ADMINISTERED BY (If other than item 6) | CODE | N62879 |
|---|---|---|---|---|---|
| US ARMY ACC-APG-RTP W911NF<br>800 PARK OFFICE DRIVE<br>SUITE 4229<br>RESEARCH TRIANGLE PARK NC 27709 | | | ONRRO BOSTON<br>495 SUMMER STREET, ROOM 627<br>BOSTON MA 02210-2109 | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code) | | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| UNIVERSITY OF MASSACHUSETTS LOWELL<br>600 SUFFOLK ST STE 450<br>LOWELL MA 01854-3629 | | |
| | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MOD. OF CONTRACT/ORDER NO.<br>W911NF2410361 |
| CODE   1QW17 | FACILITY CODE | 10B. DATED (SEE ITEM 13) |
| | X | 30-Sep-2024 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted;
or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE
RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN
REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter,
provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

## 12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority)<br>IAW T&C and 2 CFR 200.340(a)(4) |

E. IMPORTANT:   Contractor  [X] is not,  [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Modification Control Number:   mlync1nf251335

The purpose of this modification is to terminate this award in accordance with 2 CFR 200.340(a)(4). This award is terminated effect on 06 March 2025. No additional cost shall not occur after 06 March 2025. The Government is waving the requirement for Final Technical Report.
All final cost vouchers and final SF 425 shall be submitted within 14 days of this modification.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>MATTHEW R. LYNCH / CONTRACTING/GRANTS OFFICER<br>TEL: (919) 549-4237          EMAIL: matthew.r.lynch.civ@army.mil | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br><br>_____<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY _____<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br><br>14-Mar-2025 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

W911NF2410361
P00002
Page 2 of 2

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**SUMMARY OF CHANGES**

SECTION A - SOLICITATION/CONTRACT FORM

The total cost of this contract was decreased by $2,099,118.00 from $2,782,804.00 to $683,686.00.

SECTION B - SUPPLIES OR SERVICES AND PRICES

CLIN 0001
The estimated/max cost has decreased by $2,099,118.00 from $2,782,804.00 to $683,686.00.
The total cost of this line item has decreased by $2,099,118.00 from $2,782,804.00 to $683,686.00.

SECTION F - DELIVERIES OR PERFORMANCE

The following Delivery Schedule item for CLIN 0001 has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | DODAAC / CAGE |
|---|---|---|---|
| POP 30-SEP-2024 TO 29-SEP-2028 | N/A | ARMY RESEARCH OFFICE SHIPPING ADDRESS ONLY (NO MAIL) 800 PARK OFFICE DRIVE SUITE 4229 RESEARCH TRIANGLE PARK NC 27709 (919) 549-4289 FOB:  Destination | W36QYT |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | DODAAC / CAGE |
|---|---|---|---|
| POP 30-SEP-2024 TO 06-MAR-2025 | N/A | ARMY RESEARCH OFFICE SHIPPING ADDRESS ONLY (NO MAIL) 800 PARK OFFICE DRIVE SUITE 4229 RESEARCH TRIANGLE PARK NC 27709 (919) 549-4289 FOB:  Destination | W36QYT |

(End of Summary of Changes)

# EXHIBIT B

**U.S. Department of Homeland Security**
Washington, DC 20528



April 8, 2025

Tracy Bourassa
UNIVERSITY OF MASSACHUSETTS LOWELL
600 Suffolk St Ste 212
Lowell, Massachusetts 01854-3643

Dear Recipient:

Effective immediately, the U.S. Department of Homeland Security (DHS) hereby terminates the Award Number **21STFRG00018** (Award) to end all work.

Pursuant to 2 C.F.R. § 200.340(a)(2) and the terms and conditions of your award, DHS has determined that the scope of work performed under this award no longer effectuates the program goals and the Department's priorities. UNIVERSITY OF MASSACHUSETTS LOWELL must cease all federally funded work under this Award and any costs incurred for such work on or after the date of this letter will be unallowable.

DHS has identified through the Payment Management System (PMS) that the remaining, unobligated federal funding authorized for this Award is **$163,413**. As such, DHS intends to reduce the amount of approved federal funding for the Award by this amount. All other terms and conditions remain unchanged.

**Effect of Termination**
In accordance with 2 C.F.R. § 200.340(a)(2), 2 C.F.R. § 200.343, and the terms and conditions of your award, this termination is effective 30 days after the date of this notice on **May 8, 2025**.  Any costs incurred after **04/08/2025** - the date of this notice of termination - are not allowable, unless they are expressly authorized by DHS.  If UNIVERSITY OF MASSACHUSETTS LOWELL believes it will have allowable termination costs as detailed in 2 C.F.R. § 200.472, it must notify DHS in writing and identify the associated costs by 5:00 p.m. ET on **05/08/2025**.  Costs resulting from financial obligations which were properly incurred by UNIVERSITY OF MASSACHUSETTS LOWELL before the date of this termination notice, and that were not incurred in anticipation of termination, remain allowable if they would have otherwise been allowable had the award not been terminated.

To facilitate our review of the final disposition of your award, please submit your expenditure information in the following format:

| Expenditure  Summary | |
|---|---|
| 1.  Total Funds Drawn Prior to February 2025 | $ |
| 2.  Total Termination/Closeout Costs **(Inclusive of Any Outstanding/Pending PMS Payments, if applicable) *** | $ |
| 3.  Total Remaining Balance to be de-obligated | $ |

*Please itemize the following and indicate the total in the chart above:

- date, amount and programmatic justification for any outstanding/pending PMS payment requests
- amount and justification for any allowable programmatic expenditures that occurred through 04/08/2025 **for which a payment request has *not yet* been submitted**.

**Only allowable expenses are eligible for reimbursement.**

Once the final termination/closeout costs have been reviewed, negotiated and approved, you will be notified how and when to submit your final payment request in PMS.  <u>Please do not submit any more payment requests in PMS until notified</u>.

If you wish to object to the termination of this award, you may challenge the termination in writing and provide any information or documentation relevant to your challenge.  You must submit any written objections no later than 5:00 p.m. ET on **05/08/2025**.  There will be no other opportunity to appeal this action to DHS.

**Grant Closeout**

Once the termination of your award is final, you must closeout your award in accordance with the Closeout Procedures reflected in 2 C.F.R. § 200.344 and the terms and conditions of the grant award.  A final Federal Financial Report and a final progress report are due no later than 120 calendar days after the termination of your award**.**

Please be aware of the following as you prepare to close out the grant project:

1. All grant funded activities must end on the notice of termination date effective **04/08/2025**.

2. The contents of the Final Program report should follow the guidance reflected under Article I(G) of the terms and conditions of the grant agreement and be **submitted via email to the Grants Officer listed in your NOA.**

3. The Final Financial Report should be completed on the Federal Financial Report form (SF-425) – see report form and instruction link below for your convenience. This report must be signed by the Chief Fiscal Officer, or an officer with a comparable function and be **submitted via email to the Grants Officer listed in your NOA.**
SF-425 Form
https://apply07.grants.gov/apply/forms/sample/SF429B-V1.0.pdf


   SF-425 Instructions
https://apply07.grants.gov/apply/forms/instructions/SF425_3_0-V3.0-Instructions.pdf

4. All obligations incurred under this Award must be liquidated no later than 120 calendar days after the termination of your award, unless you are granted an extension.

5. All unobligated cash balances must be promptly returned to the Federal government.

2

6.  The final financial report should not reflect unliquidated obligations; and

7.  If applicable, the Recipient must account for any property (real or otherwise) or equipment acquired with Federal funds under the Award.  The Recipient must also submit a Final Inventory list of all individual pieces of equipment purchased with Federal funds under this Award and request disposition instructions.

    SF-428-b Final Tangible Personal Property Report
    https://apply07.grants.gov/apply/forms/sample/SF429B-V1.0.pdf

    SF-428S Supplemental Form and Instructions
    https://apply07.grants.gov/apply/forms/sample/SF428S-V1.0.pdf

All Final reports **may be submitted electronically to your Grant Officer via email**.  Once the reports are reviewed and accepted, the Department will provide you with final disposition instructions for this Award.

Reimbursements for services performed through **04/08/2025** and any applicable closeout costs, are contingent upon approval of reimbursement requests by the DHS.  Additionally, the closeout of your award does not affect the ability of DHS to make post-closeout adjustments as authorized by 2 C.F.R. § 200.345, including the ability to disallow costs and recover funds on the basis of a later audit or other review.

Thanks for your partnership with the Department of Homeland Security.


Sincerely,


**Stephanie Dawkins**
Grants Management Officer
Office of Procurement Operations
Office of the Chief Procurement Officer
U.S. Department of Homeland Security

# EXHIBIT C



## NATIONAL ENDOWMENT FOR THE HUMANITIES
## NOTICE OF GRANT TERMINATION

April 2, 2025

Mr. Jason Reisfeld

University of Massachusetts, Amherst


Dear NEH Grantee,

This letter provides notice that the National Endowment for the Humanities (NEH) is terminating your federal grant (Grant Application No. HAA28780422) effective April 2, 2025, in accordance with the termination clause in your Grant Agreement.

Your grant no longer effectuates the agency's needs and priorities and conditions of the Grant Agreement and is subject to termination due to several reasonable causes, as outlined in *2CFR§200.340.* NEH has reasonable cause to terminate your grant in light of the fact that the NEH is repurposing its funding allocations in a new direction in furtherance of the President's agenda. The President's February 19, 2025 executive order mandates that the NEH eliminate all non-statutorily required activities and functions. *See Commencing the Reduction of the Federal Bureaucracy*, E.O. 14217 (Feb. 19, 2025). Your grant's immediate termination is necessary to safeguard the interests of the federal government, including its fiscal priorities. The termination of your grant represents an urgent priority for the administration, and due to exceptional circumstances, adherence to the traditional notification process is not possible. Therefore, the NEH hereby terminates your grant in its entirety effective April 1, 2025.

Please remember that your obligations under the Grant Agreement continue to apply. Additionally, an audit may be conducted by the NEH after the termination of your grant.

Please contact Grant_Notifications@nehemail.onmicrosoft.com with only urgent questions.

Sincerely,

/s/ *Michael McDonald*

Michael McDonald
Acting Chairman, National Endowment for the Humanities
400 7th Street S.W., Washington, DC 20506

**Jason Reisfeld**

| | |
|---|---|
| **From:** | Grant Notification <Grant_Notifications@nehemail.onmicrosoft.com> |
| **Sent:** | Wednesday, April 2, 2025 11:35 PM |
| **To:** | Jason Reisfeld |
| **Subject:** | Notice of Grant Termination – Effective April 2, 2025 |
| **Attachments:** | Notice of Grant Termination_HAA28780422.pdf; Notice of Grant Termination_HAA28780422.pdf |

You don't often get email from grant_notifications@nehemail.onmicrosoft.com. Learn why this is important

Mr. Jason Reisfeld,

We regret to inform you that your NEH grant has been terminated. Please see the attached grant termination notice.

With Regards,
Michael McDonald
Acting Chairman, National Endowment for the Humanities

# EXHIBIT D

May 5, 2025



UNITED STATES DEPARTMENT OF COMMERCE
**National Oceanic and Atmospheric Administration**
ACQUISITION AND GRANTS OFFICE

Kristy Reese
University of Massachusetts Amherst
101 Commonwealth Ave
Amherst MA 01003-9252

Re: NOAA Award Number NA24NOSX420C0012: "Assessing the Ecological and Socio-Economic Efficacy of Nature-Based Infrastructure in Enhancing Climate Resilience: A Case Study of Connecticut's National Estuarine Reserve"

Dear Ms. Reese,

The purpose of this letter is to notify you that the U.S. Department of Commerce (the "Department") will cease funding for Award Number NA24NOSX420C0012, through the National Oceanic and Atmospheric Administration ("NOAA"), pursuant to the terms and specific award conditions set forth in your award and Section 200.340 of the Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards (2 C.F.R. Part 200), which govern this award of Federal financial assistance.

As part of efforts to streamline and reduce the cost and size of the Federal Government, the Department has arrived at this decision after a careful and individualized review of your grant award and consideration of its continued relevance to NOAA program objectives. The text of the controlling specific award condition at issue provides as follows: "Receipt of any prospective funding is contingent upon the availability of funds from Congress, satisfactory performance, continued relevance to program objectives, and will be at the sole discretion of the Department of Commerce." See Notice of Award, Section III, Special Terms, Multi-Year Award (emphasis added). Further, under 2 C.F.R Section 200.340 – Termination, "[t]he Federal award may be terminated in whole or in part as follows. . .(2) By the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

After reviewing your award in light of relevant program goals and objectives and agency priorities, the Department has concluded that the award activities and projects are neither aligned with advancing NOAA's objectives, nor relevant to the focus of the Administration's priorities and program goals. Specifically, NOAA has concluded that this project prioritizes theoretical (and politically driven) research and advocacy, rather than affecting actionable solutions for the Connecticut National Estuarine Research Reserve. The project aims to give a holistic understanding of the area, rather than providing specific, measurable deliverables.

In sum, the Department is terminating Federal financial support for this award effective May 5, 2025. Should you decide to continue project activities beyond this date, you do so at your own risk and will not be reimbursed for any project costs incurred after May 5, 2025. You will be notified in writing concerning close-out instructions for this award.

Respectfully,

CARRIGAN.TIMOTHY.G
EORGE.1622020927

Digitally signed by
CARRIGAN.TIMOTHY.GEORGE.1622020927
Date: 2025.05.05 15:01:33 -04'00'

Acting Director

NOAA Grants Management Division