# EXHIBIT 28

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

STATE OF NEW JERSEY, et al.,

        Plaintiffs,

v.

U.S. OFFICE OF
MANAGEMENT AND BUDGET, et al.,

        Defendants.

C.A. No. 1:25-cv-11816-IT

1

## DECLARATION OF MATTHEW J. GORZKOWICZ

I, Matthew J. Gorzkowicz, hereby depose and state as follows:

1.     I am the Secretary of the Executive Office for Administration and Finance (A&F) for the Commonwealth of Massachusetts. I have held that position since January 5, 2023. As A&F Secretary, I am primarily responsible for developing, administering, and controlling the finances of the Commonwealth. Through this work, I and my staff assist the executive agencies in Massachusetts with their budgets and have insight into their finances, including federal funding streams.

2.     I make this declaration as a representative of A&F in part based on the business records of the Commonwealth of Massachusetts and in part based on my personal knowledge and experience. In my official capacity and based on my personal knowledge and other sources of information I have obtained and reviewed in that official capacity, I am familiar with, and if called upon to do so would be competent to testify to, the facts and circumstances set forth herein.

3.     I submit this Declaration in support of the States' Motion for Summary Judgment relating to the clause stating that federal agencies may terminate grants "pursuant to the terms and conditions of the Federal award, including, to the extent authorized by law, if an award no longer effectuates the program goals or agency priorities" in 2 C.F.R. § 200.340(a)(4) (2024) and its predecessor, 2 C.F.R. § 200.340(a)(2) (2021) (together, the "Clause").

4.     Several Massachusetts state agencies have had grants terminated by the federal Agency Defendants citing the Clause, including but not limited to the following examples:

   a.  On March 7, 2025, the U.S. Department of Agriculture (USDA) cited the Clause to terminate a grant awarding the Massachusetts Department of Agricultural Resources (MDAR) approximately $6.4 million under the Local Food Purchase

2

Assistance 2025 Cooperative Agreement Program (LFPA25). A copy of the termination notice associated with this grant is attached as **Exhibit A.**

b.  Also on March 7, 2025, USDA cited the Clause to terminate a cooperative agreement that had made a funding opportunity available to the Massachusetts Department of Elementary and Secondary Education in the amount of $12.1 million under the Local Food for Schools and Child Care Cooperative (LFSCC) program. A copy of the termination notice associated with this grant is attached as **Exhibit B.**

c.  On March 31, 2025, the U.S. Environmental Protection Agency (EPA) cited the Clause to terminate a $1 million grant to the Massachusetts Department of Public Health under the EPA's Environmental Justice Government-to-Government Program (EJG2G). A copy of the termination memorandum associated with this grant is attached as **Exhibit C.**

d.  On May 22, 2025, the U.S. Department of Labor (USDOL) cited the Clause to terminate approximately $1.6 million in funding to the Massachusetts Department of Unemployment Assistance within the Executive Office of Labor and Workforce Development under Unemployment Insurance Program Letter No. 11-23. A copy of the termination letter associated with this funding is attached as **Exhibit D.**

5.  In addition, several Massachusetts state agencies have active grants with certain Agency Defendants who have repeatedly used the Clause to terminate other grants. For example, Massachusetts has received around $30 million of discretionary grants through USDA's Forestry Service, including to fund wildfire prevention, over the course of the last five years. Massachusetts state agencies also have active grants with the U.S. Department of Commerce, U.S. Department of Defense, U.S. Environmental Protection Agency, U.S. Department of

3

Homeland Security, U.S. Department of Justice, the U.S. Department of Labor, and the Federal Emergency Management Agency. These grants total millions of dollars and support important state services and projects, including (without limitation) highway and road improvement projects, transportation, unemployment assistance, and other important initiatives impacting the health, welfare, environment, and economic stability of the Commonwealth.

6.     In addition to currently active grants, Massachusetts has pending grant applications with certain Agency Defendants who have repeatedly used the Clause to terminate other grants, including U.S. Department of Agriculture, U.S. Department of Commerce, U.S. Environmental Protection Agency, U.S. Department of Homeland Security, U.S. Department of Justice, the U.S. Department of Labor, and the Federal Emergency Management Agency.

7.     Finally, Massachusetts is likely to apply for grants in the future from certain Agency Defendants who have repeatedly used the Clause to terminate other grants, including U.S. Department of Agriculture, U.S. Department of Commerce, U.S. Department of Defense, U.S. Environmental Protection Agency, U.S. Department of Homeland Security, U.S. Department of Justice, the U.S. Department of Labor, and the Federal Emergency Management Agency.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this ___ day of July, 2025, in ___, Massachusetts

/s/ Matthew J. Gorzkowicz

Matthew J. Gorzkowicz
Secretary of Administration and Finance for the
Commonwealth of Massachusetts

# EXHIBIT A



**1400 Independence Avenue, SW**
**Room 2055-S, STOP 0201**
**Washington, D.C.  20250-0201**

*March 7, 2025*

*Ashley Randle*
*Deputy Commissioner*
*Massachusetts Department of Agricultural Resources*
*100 Cambridge St, Suite 900, Boston, MA 02114-2534*

**Subject: Termination Notice for Agreement No. AM25LFPA0000C061 for the project titled, Local Food Purchase Assistance 2025 Cooperative Agreement (LFPA25)**

Dear Recipient:

Pursuant to 2 CFR § 200.341 this letter serves as written notification that the subject agreement between the Agricultural Marketing Service (AMS) and Massachusetts Department of Agricultural Resources will be terminated 60 days from today's date in accordance with 2 CFR § 200.340(a)(4) and the terms and conditions of the award.  AMS has determined this agreement no longer effectuates agency priorities and that termination of the award is appropriate.

LFPA and LFPA Plus agreements that were in place prior to LFPA 25 will continue to be in effect for the remainder of the period of performance.  Reporting requirements will be reduced and communicated as such soon.  AMS will resume processing claims for payment for LFPA and LFPA Plus for activities accruing prior to and after January 20, 2025.

If you have questions, contact your Program Contact or send your questions to LFPA@USDA.gov.


Sincerely,
*Jack Tuckwiller*
*Deputy Administrator*

**An Equal Opportunity Employer**

# EXHIBIT B



**1400 Independence Avenue, SW**
**Room 2055-S, STOP 0201**
**Washington, D.C.  20250-0201**

*March 7, 2025*

*Julia Jou*
*Budget Director*
*Massachusetts Department of Elementary and Secondary Education*
*135 Santilli Hwy, Everett, MA 02149*

**Subject: Termination Notice for Agreement No. AM25CPLFS000C036 for the project titled,**
**Local Food for Schools and Child Care Cooperative Agreement (LFSCC)**

Dear Recipient:

Pursuant to 2 CFR § 200.341 this letter serves as written notification that the subject agreement between the Agricultural Marketing Service (AMS) and Massachusetts Department of Elementary and Secondary Education will be terminated 60 days from today's date in accordance with 2 CFR § 200.340(a)(4) and the terms and conditions of the award.  AMS has determined this agreement no longer effectuates agency priorities and that termination of the award is appropriate.

Local Food for Schools (LFS) agreements that were in place prior to LFSCC will continue to be in effect for the remainder of the period of performance.  Reporting requirements will be reduced and communicated as such soon.  AMS will resume processing claims for payment for LFS for activities accruing prior to and after January 20, 2025.

If you have questions, contact your Program Contact or send your questions to mrp.ams.lfs@USDA.gov.

Sincerely,
*Erin Morris*
*Associate Administrator*

**An Equal Opportunity Employer**

# EXHIBIT C



## OFFICE OF MISSION SUPPORT

### WASHINGTON, D.C. 20460

March 31, 2025

**MEMORANDUM**

**SUBJECT:**     Termination of EPA Assistance Agreement AK-00A01236 under 2 CFR 200.340

**FROM:**     Arthur Johnson, Region 1     ARTHUR    Digitally signed by
                    EPA Award Official          JOHNSON    ARTHUR JOHNSON
                                                          Date: 2025.03.31
                                                          14:00:05 -04'00'

**TO:**     Eileen Sullivan, Chief Operating Officer
            Massachusetts Department of Public Health

The purpose of this communication is to notify you that the U.S. Environmental Protection Agency (EPA) is hereby terminating Assistance Agreement No. AK-00A01236 awarded to Massachusetts Department of Public Health. This EPA Assistance Agreement is terminated in its entirety effective immediately on the grounds that the award no longer effectuates the program goals or agency priorities. The objectives of the award are no longer consistent with EPA funding priorities.

The EPA Administrator has determined that, per the Agency's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Agency's grants do not conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions. In addition to complying with the law, it is vital that the Agency assess whether all grant payments are free from fraud, abuse, waste, and duplication, as well as to assess whether current grants are in the best interests of the United States.

The grant specified above provides funding for programs that promote initiatives that conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions; that are not free from fraud, abuse, waste, or duplication; or that otherwise fail to serve the best interests of the United States. The grant is inconsistent with, and no longer effectuates, Agency priorities.

The process for closeout is generally outlined in 2 C.F.R. § 200.344. EPA is clarifying what reports are required and what reports are waived below. Other requirements are still in effect if applicable to your grant.

EPA is requiring the following closeout reports due within 120 days of closeout (2 C.F.R. § 200.344(a)):
- Final Federal Financial Report, SF-425
- Final Technical Report
- Other programmatic reports identified in your terms and conditions

As part of this termination, EPA is waiving the following closeout reports:
- Property Report, SF-428
- Final Minority Business Enterprise/Woman Business Enterprise Utilization Under Federal Grants and Cooperative Agreements, EPA Form 5700-52A

The recipient may request payment from the Automated Standard Application Payments (ASAP) system for allowable costs incurred up to the date of this memo provided that such costs were contained in the approved workplan. Costs incurred by you after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if your federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect. *See* 2 C.F.R. § 200.343. You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344 & 345 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(e).

Also, per 2 C.F.R. § 200.472, a recipient may use grant funds to properly closeout their grant including reasonable and necessary costs that might occur after the date of this memo. If the recipient drew down funds from ASAP for costs beyond the termination date or for costs that exceed the amount necessary to properly closeout their grant, the recipient must contact RTPFC at rtpfc-grants@epa.gov for instructions on how to return the excess funds.

The EPA Grants Management Office has issued an amendment to the agreement to document the termination.

If you wish to dispute this termination decision, the Disputes Decision Official (DDO), Alison Newman, newman.alison@epa.gov, must receive the Dispute no later than 30 calendar days from the date this termination notice is electronically sent to you. Disputes must be sent electronically by email to the DDO, with a copy to the EPA Award Official, johnson.arthur@epa.gov, within the 30-day period stated above. The Dispute submitted to the DDO must include: (1) A copy of the disputed Agency Decision; (2) A detailed statement of the specific legal and factual grounds for the Dispute, including copies of any supporting documents; (3) The specific remedy or relief you seek under the Dispute; and (4) The name and contact information, including email address, of your designated point of contact for the Dispute. *See* 2 C.F.R. § 1500.15

The requirements on post-closeout adjustments and continuing responsibilities, including audit and record retention requirements, at 2 C.F.R. § 200.345 remain in effect.


ATTACHMENT
Amendment Document

cc: Katonya Parker, EPA Grant Specialist
    Joshua Dibble, EPA Project Officer
    Erica Marshall, Project Manager

# EXHIBIT D



**U.S. Department of Labor**    Employment and Training Administration
200 Constitution Avenue, N.W.
Washington, D.C.  20210

NOTICE OF TERMINATION
Grant Number: 23A60UB000029

May 22, 2025

Mark Costello
Chief of Staff
Massachusetts Executive Office of Labor and Workforce Development
19 Staniford Street
Boston, MA  02114-2502

Dear Mr. Costello:

In accordance with 2 CFR 200.340(a)(2), grant number 23A60UB000029, awarded under Unemployment Insurance Program Letter No. 11-23, is being terminated because it no longer effectuates the U.S. Department of Labor's (Department) priorities for its grant funding.  The Department is currently undergoing a comprehensive review of the uses of American Rescue Plan Act (ARPA) funding to ensure that the use of such funds is done in the most efficient and effective manner to achieve the objectives of ARPA, and in a manner that aligns with agency and administration priorities.  After completing its review, the Department may consider new funding opportunities to achieve these objectives.  Taking this action now allows the Department to maintain the flexibility to meet those objectives in alignment with administration and agency priorities.

The termination is effective as of the date of this letter.  As part of the termination process, ETA will immediately truncate the grant's period of performance end date to match the date of this letter.  Your organization will receive a subsequent administrative grant amendment reflecting this change, as well as an email outlining instructions for the grant closeout process.

Pursuant to 2 CFR 200.343, this letter also serves as notice of express authorization that termination costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient after termination are allowable.  Requirements for the allowability of such costs are found here: 2 CFR 200.472 (Sept. 30, 2024) -- Termination costs.  As a reminder, all costs charged to Federal awards, including termination costs, must be reasonable and allocable in the performance of the Federal award.  See 2 CFR 200.403-405.

For the reasons noted above, the Department has determined that the award does not effectuate agency priorities.  This determination constitutes final agency action and is not subject to administrative appeal.  If you have questions, please contact ARPAGrants@dol.gov.

Sincerely,

*Janice Sheelor*

Janice Sheelor
Grant Officer
Office of Grants Management
Employment and Training Administration