# EXHIBIT 29

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF NEW JERSEY, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>U.S. OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>   Defendants. | C.A. No. 1:25-cv-11816-IT |

**DECLARATION OF NATHAN R. MACKINNON**

  I, Nathan R. Mackinnon, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

  1. I am a resident of the Commonwealth of Massachusetts. I am over the age of 18. If called as a witness, I would testify competently to the matters set forth below.

  2. Since May 2021, I have been employed by the Commonwealth of Massachusetts as Executive Director at the Massachusetts Association of Community Colleges ("MACC"), a voluntary association of the Massachusetts Community Colleges and their Presidents and an instrumentality of the Commonwealth. Previously I have served as Assistant Commissioner and Chief of Staff for the Massachusetts Department of Higher Education.

  3. As Executive Director of MACC, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my consultation with, or review of relevant information provided to me by Massachusetts Community Colleges staff.

  4. Within the Commonwealth of Massachusetts, the system of public higher education includes three segments: the University of Massachusetts segment which consists of

1

five campuses; the State Universities segment which consists of nine state universities; and the Community College segment which consists of fifteen community colleges - Berkshire Community College, Bristol Community College, Bunker Hill Community College, Cape Cod Community College, Greenfield Community College, Holyoke Community College, Massachusetts Bay Community College, Massasoit Community College, Middlesex Community College, Mount Wachusett Community College, North Shore Community College, Northern Essex Community College, Quinsigamond Community College, Roxbury Community College, and Springfield Technical Community College (together the "Community Colleges"). M.G.L. c. 15A, Section 5.

5.    The Community Colleges are the largest Massachusetts public higher education segment with over 75,000 students in credit-bearing programs as well as tens of thousands of students in non-credit and workforce training programs.

6.    The Commonwealth of Massachusetts Board of Higher Education provides oversight and coordination for the Community College segment, and has approved the following mission for them: "The fifteen Massachusetts Community Colleges offer open access to high quality, affordable academic programs, including associate degree and certificate programs. They are committed to excellence in teaching and learning and provide academic preparation for transfer to four-year institutions, career preparation for entry into high demand occupational fields, developmental coursework, and lifelong learning opportunities. Community Colleges have a special responsibility for workforce development and through partnerships with business and industry, provide job training, retraining, certification, and skills improvement. In addition, they assume primary responsibility, in the public system, for offering developmental courses, programs, and other educational services for individuals who seek to develop the skills needed to

2

pursue college-level study or enter the workforce. Rooted in their communities, the colleges serve as community leaders, identifying opportunities and solutions to community problems and contributing to the region's intellectual, cultural, and economic development. They collaborate with elementary and secondary education and work to ensure a smooth transition from secondary to post-secondary education. Through partnerships with baccalaureate institutions, they help to promote an efficient system of public higher education. The community colleges offer an environment where the ideas and contributions of all students are respected. Academic and personal support services are provided to ensure that all students have an opportunity to achieve academic and career success. No eligible student shall be deprived of the opportunity for a community college education in Massachusetts because of an inability to pay tuition and fees."
*See* https://www.mass.edu/system/aboutsystem.asp.

7.    The Community Colleges are funded by a combination of funds from the Commonwealth of Massachusetts and the United States government along with student fees and private foundation funding.

8.    I submit this Declaration in support of the Plaintiff States' Motion for Summary Judgment relating to the clause stating that federal agencies may terminate grants "pursuant to the terms and conditions of the Federal award, including, to the extent authorized by law, if an award no longer effectuates the program goals or agency priorities" in 2 C.F.R. § 200.340(a)(4) (2024) and its predecessor, 2 C.F.R. § 200.340(a)(2) (2021) (jointly referred to as the "Clause").

9.    The Community Colleges have had at least one grant terminated pursuant to the Clause, including, by way of example:

   a.    On May 9, 2025, the National Science Foundation ("NSF") cited the Clause to terminate a $699,994 grant to Massachusetts Bay Community College for the

3

"NSF iUse MassBay STEM Institution for Inclusive Pedagogy." NSF cited this Clause and terminated that grant based on new agency priorities not contemplated at the time of the grant award. Specifically, the termination stated that "NSF is issuing this termination to protect the interests of the government pursuant to NSF Grant General Conditions (GC-1) term and condition entitled 'Termination and Enforcement,' on the basis that they no longer effectuate the program goals or agency priorities. This is the final agency decision and not subject to appeal." A copy of the termination letter associated with this funding is attached as **Exhibit A.**

10.     Several of the Community Colleges have current grants with Agency Defendants who have repeatedly used the Clause to terminate similar grants, including, but not limited to:

a.   **NSF.** The Community Colleges have received at least $1,921,282 in grants from NSF that are currently active.

b.   **U.S. Department of Agriculture ("USDA").** The Community Colleges have received at least $226,581 in grants from USDA that are currently active.

c.   **U.S. Department of Commerce ("Commerce").** The Community Colleges have received at least $1,469,410 in grants from Commerce that are currently active.

d.   **U.S. Department of Justice ("DOJ").** The Community Colleges have received at least $145,070 in grants from DOJ that are currently active.

e.   **U.S. Department of Labor ("DOL").** The Community Colleges have received at least $6,553,607 in grants from DOL that are currently active.

11.    In addition to currently active grants, several Community Colleges have pending grant applications with certain Agency Defendants who have repeatedly used the Clause to terminate similar grants, including the Environmental Protection Agency and the National Science Foundation.

12.    Finally, the Community Colleges are likely to apply for grants in the future from Agency Defendants who have repeatedly used the Clause to terminate similar grants, including, but not limited to National Endowment for the Humanities, NSF, DOL, and DOJ.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 30th day of July, 2025.

Nathan R. Mackinnon
Executive Director
Massachusetts Association of Community Colleges

# EXHIBIT A

 Outlook                                    **Exhibit A**

### Notice from National Science Foundation

**From** NSF Grants <grants005@nsf.gov>
**Date** Fri 5/9/2025 10:08 AM
**To**   Edward, Marcus <medward@massbay.edu>
**Cc**   mshia@massbay.edu <mshia@massbay.edu>

**U.S. National Science Foundation Division of Grants and Agreements**
**2415 Eisenhower Avenue**
**Alexandria, Virginia 22314**
**(703) 292-8210**

05/09/2025

Marcus Edward
Vice President for Finance & Administration
Massachusetts Bay Community College
medward@massbay.edu

Dear Marcus Edward:

The U.S. National Science Foundation (NSF) has undertaken a review of its award portfolio. Each award was carefully and individually reviewed, and the agency has determined that termination of certain awards is necessary because they are not in alignment with current NSF priorities.

Effective immediately, the following are terminated:



| NSF Award Id |
| --- |
| 2110684 |

NSF is issuing this termination to protect the interests of the government pursuant to NSF Grant General Conditions (GC-1) term and condition entitled 'Termination and Enforcement,' on the basis that they no longer effectuate the program goals or agency priorities. This is the final agency decision and not subject to appeal.

Costs incurred as a result of this termination may be reimbursed, provided such costs would otherwise be allowable under the terms of the award and the governing cost principles. In accordance with your award terms and conditions, you have 30 days from the termination date to furnish an itemized accounting of allowable costs incurred prior to the termination date.

Sincerely,

Jamie H. French, Division Director
Office of Budget Finance and Award Management (BFA)

Division of Grants and Agreements (DGA)