EXHIBIT 47

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, et al., <br><br>        Plaintiffs, <br><br>    v. <br><br> U.S. OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br>        Defendants. | C.A. No. 1:25-cv-11816 |

### <u>DECLARATION OF KRISTINE CAMPAGNA</u>

I, Kristine Campagna, hereby declare as follows under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.  I am the Associate Director for Community and Health Equity ("CHE") Division at the Rhode Island Department of Health ("RIDOH"). I have held this position since January 2022. I hold a Master's Degree in Education and have been with the RIDOH since 2009. I am a resident of the State of Rhode Island over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

2.  I provide policy direction to staff and programs in the Division of Community, Health and Equity including the Targeted Violence and Terrorism Prevention Program. I work directly with the Director of the Rhode Island Department of Health and other executive leadership staff to implement RIDOH's mission to eliminate health disparities and achieve health equity for all Rhode Islanders.

3.  I submit this Declaration in support of the States' Motion for Summary Judgment relating to the clause stating that federal agencies may terminate grants "pursuant to the terms and conditions of the Federal award, including, to the extent authorized by law, if an award no longer effectuates the program goals or agency priorities" in 2 C.F.R. § 200.340(a)(4) (2024) and its predecessor, 2 C.F.R. § 200.340(a)(2) (2021) (jointly referred to as the "Clause").

4.  RIDOH has had grants terminated pursuant to the Clause, including, but not limited to:

a.  On July 21, 2025, the U.S. Department of Homeland Security cited the Clause to terminate a $637,065.00 award to RIDOH for the Targeted Violence and Terrorism Prevention Program grant (FAIN: EMW-2024-GR-05250), the objectives of which include: (1) the local community has awareness of the signs that someone may be escalating towards violence and of the threats of targeted violence and terrorism; (2) the local community has awareness of both risk factors for – and protective factors against – escalation to violence; (3) members of the local community engage the broadest and most diverse set of local stakeholders, sharing resources and best practices and building trusted partnerships to address targeted violence and terrorism; (4) members of the local community can act on bystander training and help individuals before they escalate to violence by understanding the role of, and the means to contact, threat assessment, and management teams; (5) members of the local community have access to multi-disciplinary threat assessment and management teams comprised of individuals such as psychologists, educators, faith leaders, and medical personnel that can provide support to an individual before an act of violence takes place; and (6) the

local community has programs that address risk factors for, and strengthen protective factors against, escalation to violence, including recidivism reduction programming. The defendant agency cited the Clause and terminated this grant because it "no longer effectuates the program goals or agency priorities." These funds have allowed RIDOH to strategically partner with organizations in the state to provide trainings that raise societal awareness of targeted violence and terrorism, stand up and convene an Advisory Group within the state, and educate the public on nonviolence theory and available resources. The termination of this grant has harmed and will harm Rhode Island because RIDOH will lose funding that supports several RIDOH staff members totaling 1 FTE and RIDOH has had to cancel several community-based subawards. Termination of these funds weakens the State of Rhode Island's ability to increase societal awareness and ultimately prevent threats against local communities and schools. Without these funds, the State loses resources to prevent future behavioral health threats associated with acts of targeted violence due to the inability to effectuate trainings for school resource officers, school administrators and personnel, and community partners to train individuals to recognize and report signs of escalation or threat. Lastly, the termination of these funds means an immediate stop to all the work described herein and significantly impedes our efforts to fund efforts to prevent targeted violence, terrorism, and tragedy or mass casualty in our state.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 31st day of July, 2025, in Providence, Rhode Island.

/s/ Kristine Campagna
Kristine Campagna
Associate Director, Community and Health
Equity Division
Rhode Island Department of Health

# Exhibit A

U.S. Department of Homeland Security
Washington, DC 20528



July 21, 2025

Rhode Island Department of Health
3 Capitol Hill Ste. 402
Providence, RI 02908

Re: Termination Notice: Targeted Violence and Terrorism Prevention Program Grant Award

Grant Number: EMW-2024-GR-05250
Award Amount: $637,065

Dear Rhode Island Department of Health:

This letter serves as official notice that the Department of Homeland Security (DHS)/Federal Emergency Management Agency (FEMA) is terminating your Targeted Violence and Terrorism Prevention (TVTP) Program grant award identified above, effective immediately. From the date of receipt of this letter – July 21, 2025 – your organization is not permitted to incur any additional costs under this award.

DHS/FEMA is making this termination pursuant to the terms and conditions of the grant award. These terms and conditions include the Targeted Violence and Terrorism Prevention Notice of Funding Opportunity (NOFO) that applies to your grant and 2 C.F.R. § 200.340(a)(2) (2020), which authorizes DHS/FEMA to terminate your award "to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

Your agency received the grant award identified above to carry out the purposes of the Targeted Violence and Terrorism Prevention Grant Program identified in the award's respective Notice of Funding Opportunity. The Department, consistent with President Trump's direction, is focused on advancing the essential mission of enforcing immigration laws, securing the border, and combating anti-Semitism. Consequently, grant projects that support, or have the potential to support, activities not aligned with DHS's current focus do not effectuate the agency's current priorities. The previous agency priorities under the Fiscal Years 2021-2024 Targeted Violence and Terrorism Prevention Grant Program, aimed at preventing targeted violence and terrorism, resulted in the funding of openly partisan and political organizations as well as the funding of projects within sanctuary jurisdictions that blatantly disregarded federal immigration law. For these reasons, DHS/FEMA is terminating your award.

In accordance with the terms of your award, including 2 C.F.R. § 200.344-345 (2020), you must complete all closeout procedures. This includes, among other things, submitting all financial, performance, and other required reports within 120 calendar days from the date of receipt of this letter and promptly refunding any funding paid to date that exceeds the amount set forth in your final federal financial report. During the closeout process, your final federal

Termination Notice: Targeted Violence and Terrorism Prevention Program Grant Award
Page 2

financial report must include all allowable costs incurred before the date of receipt of this letter but must not include costs incurred after the date of receipt of this letter.

If Rhode Island Department of Health believes it will have allowable termination costs as detailed in 2 C.F.R. § 200.472, it must notify DHS in writing and identify the associated costs within seven days of this letter. Costs resulting from financial obligations related to the terminated portion of the Award which were properly incurred by Rhode Island Department of Health before the date of this termination notice, and that were not incurred in anticipation of termination, remain allowable if they would have otherwise been allowable had the portion of the Award not been terminated.

DHS/FEMA will review all closeout documentation in accordance with 2 C.F.R. § 200.344. As part of its review, DHS/FEMA will determine the final allowable costs for your award. This will include evaluating whether all submitted costs incurred before the date of this Termination Notice are necessary, allocable, and reasonable. DHS/FEMA will notify you of the final allowable costs for the award and, if the payments made exceed the final allowable costs, you will need to promptly refund the difference. If, on the other hand, DHS/FEMA determines that the total allowable costs exceed the amount paid to date, then DHS/FEMA will make a final payment for that difference. DHS/FEMA will close the award when it determines that all administrative actions and required work have been completed. Closeout will not affect DHS/FEMA's ability to later disallow costs and recover funds for the grant award based on any later post-closeout audit or review.

The decision by DHS/FEMA to terminate your award is **not appealable**. DHS/FEMA is available to respond to any questions you may have. Please send all information and communications regarding this notification to the email address from which you received this letter, copying TVTPGrants@hq.dhs.gov.

Respectfully,

Christopher C. Pratt
Senior Official Performing the Duties of Under Secretary
U.S. Department of Homeland Security