# EXHIBIT 49

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>U.S. OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>       Defendants. | C.A. No. 1:25-cv-11816 |

## **DECLARATION OF BETHANY D. JENKINS**

I, Bethany Jenkins, PhD, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.     I am the Vice President for Research and Economic Development and a Professor of Cell and Molecular Biology and Oceanography at the University of Rhode Island ("URI"). I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

2.     I have held the Vice President for Research and Economic Development position since April 2023 and a faculty position at URI since May 2005. In my role as Vice President for Research and Economic Development, I am URI's senior research officer and oversee URI's research ecosystem including our offices of sponsored projects, research integrity and research security. For the past twenty years as a faculty member at URI, I have had extensive experience leading projects and managing funding from federal agencies, during both Democratic and prior Republican presidential administrations.

1

3. I submit this Declaration in support of the States' Motion for Summary Judgment relating to the clause stating that federal agencies may terminate grants "pursuant to the terms and conditions of the Federal award, including, to the extent authorized by law, if an award no longer effectuates the program goals or agency priorities" in 2 C.F.R. § 200.340(a)(4) (2024) and its predecessor, 2 C.F.R. § 200.340(a)(2) (2021) (jointly referred to as the "Clause").

4. URI has had grants terminated pursuant to the Clause, including, but not limited to:

   a. On April 8, 2025, DHS cited the Clause to terminate a $181,245.00 award to URI for the Soft-target Engineering to Neutralize the Threat RealitY (SENTRY) Center grant (FAIN: 22STESE00001), the purpose of which is to focus efforts in protecting transportation environments and public venues, improving systems of collaboration across public and private entities, and producing new engineering approaches to securing crowded spaces with novel design concepts. The defendant agency cited the Clause and terminated this grant because it "no longer effectuates the program goals and the Department's priorities."

   b. On April 8, 2025, DHS cited the Clause to terminate a $4,713,549.00 award to URI for the Centers for Homeland Security: Coastal Resilience Center grant (FAIN: 2015ST061ND0001 / 15STCRC00001). The defendant agency cited the Clause and terminated this grant because it "no longer effectuates the program goals and the Department's priorities."

   c. On April 3, 2025, DOD cited the Clause to terminate a $1,225,127.00 award to URI for the Basic and Applied Scientific Research grant (FAIN: N000142312703), the purpose of which is to use concurrent in situ measurements

2

of animal movement and turbulent microstructure in the pelagic ocean to quantify the role of biology in ocean mixing. The defendant agency cited the Clause and terminated this grant because it "no longer effectuates the program goals or agency priorities."

d. On May 1, 2025, EPA cited the Clause to terminate a $1,037,749.34 award to URI for the Environmental and Climate Justice Community Change Grants Program grant (FAIN: 00A01704), the purpose of which is to reduce food waste, increase donations from food businesses and increase the capacity for compost processing in the Rhode Island communities of providence, Pawtucket, Newport, Middletown, and Central Falls. The defendant agency cited the Clause and terminated this grant because it "will not accomplish the EPA funding priorities for achieving program goals" and "[t]he objectives of the award are no longer consistent with EPA funding priorities."

e. On April 18, 2025, NSF cited the Clause to terminate a $579,183.00 award to URI for the Collaborative Research: Enhancing MPOWIR to Build a Diverse and Inclusive Oceanography Workforce grant (FAIN: 2148704), the purpose of which is to promote increased participation and retention in the physical oceanography field by early career women and additional marginalized and underrepresented genders in the field. The defendant agency cited the Clause and terminated this grant because it "no longer effectuate[s] the program goals or agency priorities."

f. On April 18, 2025, NSF cited the Clause to terminate a $369,579.00 award to URI for the Challenging Cultural Norms through Asset-focused Narratives: Examining Intersecting Stigmatized Identities from Graduate Student and Faculty

Perspectives in the Natural Sciences grant (FAIN: 2321219), the purpose of which is to create an understanding of how to broaden participation in biology, chemistry and physics by examining how graduate students with multiple stigmatized identities perceive the culture and climate of academic STEM and dismantle public discourse that reinforce racist, sexist, and anti-religious stereotypes of grad students of color. The defendant agency cited the Clause and terminated this grant because it "no longer effectuate[s] the program goals or agency priorities."

g. On April 18, 2025, NSF cited the Clause to terminate a $328,223.00 award to URI for the Postdoctoral Fellowship: STEMEdIPRF: Scholars in the Margins grant (FAIN: 2327257), the purpose of which is to fund an early career STEM postdoctoral research and enhance their educational and professional training as they conduct research with regard to how science identity maps to intersectional identities of a postdoctoral scholars from historically excluded and marginalized backgrounds. The defendant agency cited the Clause and terminated this grant because it "no longer effectuate[s] the program goals or agency priorities."

h. On April 18, 2025, NSF cited the Clause to terminate a $127,883.00 award to URI for the Collaborative Research: IMPLEMENTATION: C-COAST: Changing the Culture of our Occupations to Achieve Systemic Transformation grant (FAIN: 2422305), the purpose of which is to promote increased retention and recruitment in one or more science/technology/engineering/mathematical fields by those underrepresented in the field to grow a new generation of estuarine and coastal science professionals, an area of need by employers in Rhode Island, the Ocean

State. The defendant agency cited the Clause and terminated this grant because it "no longer effectuate[s] the program goals or agency priorities."

i. On April 25, 2025, NSF cited the Clause to terminate a $170,861.00 award to URI for the Advancing Informal Stem Learning grant (FAIN: 2313936), the purpose of which is to address the needs of under-resourced Latino families, with a particular emphasis on Latino children who bear a disproportionate burden from climatic changes. The defendant agency cited the Clause and terminated this grant because it "no longer effectuate[s] the program goals or agency priorities."

j. On April 25, 2025, NSF cited the Clause to terminate a $1,696,109.00 award to URI for the Intercultural Science Communication Research and Training to Broaden Participation Among Historically Minoritized Science Practitioners grant (FAIN: 2115971), the purpose of which is to advance the science of communication make science more accessible and democratize the STEM fields and broaden participation. The defendant agency cited the Clause and terminated this grant because it "no longer effectuate[s] the program goals or agency priorities."

k. On April 25, 2025, NSF cited the Clause to terminate a $149,433.00 award to URI for the Fostering Partnerships Between Community Leaders and Informal STEM Learning Institutions: Co-Constructing Research on Films for Racial Equity Dialogue, Intellectual Science Communication Research grant (FAIN: 2415563), the purpose of which is to develop behavior change and solution-based pathways between institutions and local communities of color. The defendant agency cited

      the Clause and terminated this grant because it "no longer effectuate[s] the program goals or agency priorities."

      l.    On May 2, 2025, NSF cited the Clause to terminate a $248,073.00 award to URI for the Louis Stokes Renewal STEM Pathways and Research Alliance: Northeast LSAMP 2021-2026 grant (FAIN: 2110083), the purpose of which is to recruit and retain historically underrepresented students pursuing bachelor degrees in STEM fields. The defendant agency cited the Clause and terminated this grant because it "no longer effectuate[s] the program goals or agency priorities."

5.    The terminations of these grants have harmed or will harm Rhode Island because the termination of the awards inherently frustrates the purposes of the grants, as described above; interferes with or brings to a halt work on the projects supported by these grants; and ultimately precludes Rhode Islanders from reaping the benefits of the research and work being done (and which had yet to be done) at and through URI.

6.    URI has several current grants with several Defendants that are at risk of termination pursuant to the Clause.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 15 day of July, 2025, in Mazama, Washington.

Bethany D. Jenkins, Ph.D.
Vice President, Research and Economic Development

6