# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | C.A. No. 1:25-cv-11816-IT |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE COURT:**

Please enter the appearance of Nathaniel M. Lindzen as counsel for proposed-amicus curiae, the State of Kansas, in the above-captioned matter.

**Dated:** August 14, 2025

Respectfully submitted,

/s/ Nathaniel M. Lindzen
Nathaniel M. Lindzen
MA Bar No. 689999
Law Office of Nathaniel M. Lindzen
57 School Street
Wayland, MA 01778
Phone: (212) 810-7627
Email: nlindzen@corpfraudlaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have entered an appearance.

*/s/ Nathaniel Lindzen*
Nathaniel Lindzen
