UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 1:25-cv-11816 |

## NOTICE OF WITHDRAWAL

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Please withdraw the appearance of the undersigned as an attorney for the Plaintiff, Commonwealth of Massachusetts, in the above-entitled action.

    Plaintiff,

    COMMONWEALTH OF MASSACHUSETTS,

    By its Attorneys

    ANDREA JOY CAMPBELL
    ATTORNEY GENERAL

    */s/ Chris Pappavaselio*
    Chris Pappavaselio, BBO# 713519
    Assistant Attorney General
    Office of the Attorney General
    One Ashburton Place
    Boston, MA  02108
    (617) 717-2200
    chris.pappavaselio2@mass.gov

Date: August 22, 2025

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document was filed through the ECF system on August 22, 2025, and will be served upon Defendants' counsel electronically.

/s/ Chris Pappavaselio
Chris Pappavaselio
Dated: August 22, 2025
