AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| State of New Jersey, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-11816-IT |
| U.S. Office of Management and Budget, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Maine.

Date: 08/27/2025

/s/ Jason Anton
*Attorney's signature*

Jason Anton, ME 006272
*Printed name and bar number*
Office of the Attorney General
6 State House Station
Augusta, ME 04330

*Address*

jason.anton@maine.gov
*E-mail address*

(207) 626-8800
*Telephone number*

(207) 287-3145
*FAX number*