AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| State of New Jersey, et al., ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:25-cv-11816-JEK |
| OMB et al., ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, District of Columbia                                                                                               .

Date:   09/03/2025                                                     /s/ Andrew Mendrala
                                                                                   *Attorney's signature*

                                                                  Andrew Mendrala (D.C. Bar No. 1009841)
                                                                     *Printed name and bar number*

                                                                     Office of the Attorney General
                                                                     400 Sixth Street, N.W., 10th Floor
                                                                        Washington, D.C. 20001

                                                                                   *Address*

                                                                     andrew.mendrala@dc.gov
                                                                                *E-mail address*

                                                                           (202) 724-9726
                                                                            *Telephone number*

                                                                           (202) 347-8922
                                                                              *FAX number*

Print            Save As...                                                                    Reset

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through CM/ECF system will be sent electronically to registered participants as identified in the Notice of Electronic Filing (NEF).

/s/ Andrew Mendrala
Andrew Mendrala
