# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 25-11816-IT |
| | ) |
| v. | ) |
| | ) |
| U.S. OFFICE OF MANAGEMENT AND BUDGET, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Krista Oehlke as counsel for United States Senator John Fetterman, who is seeking leave to file an amicus curiae brief in this case.

Respectfully submitted,

*/s/ Krista Oehlke*
Krista Oehlke (BBO#707566)
Perry Law
445 Park Avenue, 7th Floor
New York, NY 10022
Tel: (212) 213-3070
koehlke@danyaperrylaw.com

Dated: September 11, 2025         *Counsel for Amicus Curiae Senator Fetterman*

## CERTIFICATE OF SERVICE

     I certify that on this 11th day of September 2025, a copy of the foregoing Notice of Appearance was served on the parties' counsel via the Court's ECF filing system.

*/s/ Krista Oehlke*
Krista Oehlke (BBO#707566)
Perry Law
445 Park Avenue, 7th Floor
New York, NY 10022
Tel: (212) 213-3070
koehlke@danyaperrylaw.com

Dated: September 11, 2025