IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| STATE OF NEW JERSEY, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 25-11816-IT |
| v. | ) ) ) | |
| U.S. OFFICE OF MANAGEMENT AND BUDGET, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**MOTION FOR PRO HAC VICE ADMISSION
OF JOSHUA D. SCHNELL AND SAMUEL VAN KOPP**

Pursuant to Local Rule 83.5.3, I, Krista Oehlke, a member in good standing of the bar of this Court, respectfully move for the *pro hac vice* admission of Joshua Schnell and Samuel Van Kopp, who seek to participate in this case on behalf of amicus curiae United States Senator John Fetterman. Counsel for the parties have indicated that their clients do not oppose this motion.

As set forth in their attached certifications, Mr. Schnell and Mr. Van Kopp (1) are members in good standing in every jurisdiction in which they are admitted to practice; (2) are not the subject of disciplinary proceedings pending in any jurisdictions in which they are members of the bar; (3) have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct; and (4) have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

*[Signature Page Follows]*

Respectfully submitted,

*/s/ Krista Oehlke*
Krista Oehlke (BBO#707566)
Perry Law
445 Park Avenue, 7th Floor
New York, NY 10022
Tel: (212) 213-3070
koehlke@danyaperrylaw.com

Dated: September 11, 2025        *Counsel for Amicus Curiae Senator Fetterman*

*\*The remainder of this page is intentionally left blank\**

## CERTIFICATE OF SERVICE

I certify that on this 11th day of September 2025, a copy of the foregoing Notice of Appearance was served on the parties' counsel via the Court's ECF filing system.

*/s/ Krista Oehlke*
Krista Oehlke (BBO#707566)
Perry Law
445 Park Avenue, 7th Floor
New York, NY 10022
Tel: (212) 213-3070
koehlke@danyaperrylaw.com

Dated: September 11, 2025