# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. OFFICE OF MANAGEMENT AND BUDGET, *et al.*, <br><br> Defendants. | Civil Action No. 25-11816-IT |

## CERTIFICATION OF JOSHUA D. SCHNELL

In support of my application for *pro hac vice* admission, I, Joshua D. Schnell, hereby certify as follows:

1. I am an attorney with the law firm Cordatis LLP, which is located at 1011 Arlington Blvd., Suite 375, Arlington, VA 22209.

2. I am a member in good standing of the bars in every jurisdiction where I have been admitted to practice. I have been admitted to practice in New York, New Jersey, the District of Columbia, and Virginia. In addition, I have been admitted to practice in the following federal courts: United States Supreme Court; United States Courts of Appeals for the Fourth Circuit, Tenth Circuit, and Federal Circuit; United States Federal District Courts for the District of Columbia, Eastern District of Virginia, and the Western District of Virginia; the United States Court of International Trade; and the United States Court of Federal Claims.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

                                                Respectfully submitted,

*/s/ Joshua D. Schnell*
Joshua D. Schnell
Cordatis LLP
1011 Arlington Boulevard
Suite 375
Arlington, VA 22209
(202) 342-2550
jschnell@cordatislaw.com

Dated: September 11, 2025                *Counsel for Amicus Curiae Senator Fetterman*