IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. OFFICE OF MANAGEMENT AND BUDGET, *et al.*, <br><br> Defendants. | Civil Action No. 25-11816-IT |

**CERTIFICATION OF SAMUEL VAN KOPP**

In support of my application for *pro hac vice* admission, I, Samuel Van Kopp, hereby certify as follows:

1. I am an attorney with the law firm Cordatis LLP, which is located at 1011 Arlington Blvd., Suite 375, Arlington, VA 22209.

2. I am a member in good standing of the bars in every jurisdiction where I have been admitted to practice. I have been admitted to practice in Virginia and the District of Columbia. In addition, I have been admitted to practice in the following federal courts: United States Federal District Courts for the District of Columbia and the Eastern District of Virginia and the United States Court of Federal Claims.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

5.	I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

*/s/ Samuel Van Kopp*
Samuel Van Kopp
Cordatis LLP
1011 Arlington Boulevard
Suite 375
Arlington, VA 22209
(202) 342-2550
jschnell@cordatislaw.com

Dated: September 11, 2025		*Counsel for Amicus Curiae Senator Fetterman*