IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STATE OF NEW JERSEY, *et al.*,  )<br>  )<br>            Plaintiffs,  )<br>  )<br>     v.  )<br>  )<br>U.S. OFFICE OF MANAGEMENT  )<br>AND BUDGET, *et al.*,  )<br>  )<br>            Defendants.  )<br>  ) | Civil Action No. 25-11816-IT |

**UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS BRIEF
ON BEHALF OF UNITED STATES SENATOR JOHN FETTERMAN**

Pursuant to the Court's July 28, 2025, Order (ECF 63), United States Senator John Fetterman respectfully seeks leave to file an amicus brief in support of plaintiffs' partial motion for summary judgment (ECF 65). Counsel for lead plaintiff New Jersey has indicated that plaintiffs do not oppose this motion. Counsel for defendants has indicated that defendants do not oppose this motion. No party's counsel will fund or author any part of Senator Fetterman's amicus brief.

The Court should grant Senator Fetterman's motion because he has both a strong interest in the outcome of this lawsuit and a unique perspective on the legal issues before the Court.

As a member of the legislative branch, Senator Fetterman has an interest in safeguarding Congress's exclusive authority over legislation and appropriations. Similarly, as a member of the Senate Committee on Agriculture, Nutrition, and Forestry, he supports the U.S. Department of Agriculture (USDA) programs at issue in this lawsuit. *See* ECF 64, Am. Comp. ¶¶ 106-134. Of particular concern to Senator Fetterman is the impact of defendants' conduct on USDA statutory programs that alleviate food insecurity and support small farmers and rural communities.

Senator Fetterman's brief will offer his unique perspective on two key issues relevant to the Court's resolution of plaintiffs' partial motion for summary judgment. First: federal agencies cannot rely on regulations like 2 C.F.R. § 200.340(a)(4) to override statutory mandates—including appropriations laws—and congressional policy directives. Second: there are good structural and practical reasons for legislative supremacy in this area. Americans suffer when the Executive Branch interferes with Congress's exclusive authority over legislation and appropriations.

In preparing his amicus brief, Senator Fetterman has received inquiries from other United States Senators and Representatives who share his interests in this litigation and have indicated that they may want to join his brief. Accordingly, if the Court grants this motion, Senator Fetterman respectfully requests that the Court allow him to seek leave to add additional Senators and Representatives to his brief on or before the September 18, 2025, deadline for amicus briefs.

For these reasons, Senator Fetterman respectfully requests that the Court grant this motion for leave to file an amicus brief.

Respectfully submitted,

*/s/ Krista Oehlke*
Krista Oehlke (BBO#707566)
Perry Law
445 Park Avenue, 7th Floor
New York, NY 10022
Tel: (212) 213-3070
koehlke@danyaperrylaw.com

*/s/ Joshua D. Schnell*
Joshua D. Schnell*
Samuel Van Kopp*
Cordatis LLP
1011 Arlington Boulevard
Suite 375
Arlington, VA 22209
(202) 342-2550
jschnell@cordatislaw.com
svankopp@cordatislaw.com

2

                                                3

\* Applications for *pro hac vice admission pending*

Dated: September 11, 2025                                *Counsel for Amicus Curiae Senator Fetterman*

*\*The remainder of this page is intentionally left blank\**

## CERTIFICATE OF SERVICE

    I certify that on this 11th day of September 2025, a copy of the foregoing Notice of Appearance was served on the parties' counsel via the Court's ECF filing system.

*/s/ Krista Oehlke*
Krista Oehlke (BBO#707566)
Perry Law
445 Park Avenue, 7th Floor
New York, NY 10022
Tel: (212) 213-3070
koehlke@danyaperrylaw.com

Dated: September 11, 2025