AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| State of New Jersey et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-11816 |
| Office of Management and Budget et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of New Jersey.

Date: 09/11/2025

/s/ Jessica L. Palmer
*Attorney's signature*

Jessica L. Palmer
*Printed name and bar number*

Office of the New Jersey Attorney General
25 Market Street, 8th Floor
Trenton, NJ 08625
*Address*

Jessica.Palmer@law.njoag.gov
*E-mail address*

(609) 696-4607
*Telephone number*

(609) 943-5853
*FAX number*

Print    Save As...    Reset