IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*, <br><br> Plaintiffs, <br><br> *v.* <br><br> U.S. OFFICE OF MANAGEMENT AND BUDGET, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-11816-IT |

**DEFENDANTS' MOTION TO DISMISS**

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

STEPHEN M. PEZZI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov
Florida Bar No. 1041279

*Counsel for Defendants*

Defendants hereby move to dismiss Plaintiffs' Amended Complaint, ECF No. 64, for lack of subject-matter jurisdiction (under Federal Rule of Civil Procedure 12(b)(1)) and for failure to state a claim upon which relief can be granted (under Federal Rule of Civil Procedure 12(b)(6)). As support for this motion, Defendants rely on their accompanying memorandum of law.

Date: September 11, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov
Florida Bar No. 1041279

*Counsel for Defendants*

## LOCAL RULE 7.1 CERTIFICATE

I, Stephen M. Pezzi, certify that between July 18, 2025, and July 25, 2025, I conferred with counsel for Plaintiffs regarding this motion, as set forth in the parties' joint motion for a scheduling order (ECF No. 61) and in Plaintiffs' Local Rule 7.1 Certificate (ECF No. 65).

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI