AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| State of New Jersey, et al.,<br>*Plaintiff*<br>v.<br>U.S. Office of Management & Budget, et al.,<br>*Defendant* | Case No. 1:25-cv-11816-IT |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of New York                                                                                          .

Date:   09/12/2025

/s/ Rabia Muqaddam
*Attorney's signature*

Rabia Muqaddam, NY Bar # 5319413
*Printed name and bar number*

New York Office of the Attorney General
28 Liberty St.
NY, NY 10005
*Address*

rabia.muqaddam@ag.ny.gov
*E-mail address*

(212) 416-8883
*Telephone number*

*FAX number*