IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 25-11816-IT |

### **DECLARATION OF KATHERINE DIRKS**

　　I, Katherine Dirks, an attorney admitted to practice before this Court, do hereby state the following under the penalty of perjury, pursuant to 28 U.S.C. § 1746:

　　1.　　I am an Assistant Attorney General in the Office of the Attorney General for the Commonwealth of Massachusetts, and I appear on behalf of the Commonwealth of Massachusetts in this action.

　　1.　　I submit this declaration in support of Plaintiff States' Reply Memorandum of Law in Support of the Motion for Summary Judgment on Count I and Opposition to Defendants' Motion to Dismiss, pursuant to Federal Rule of Civil Procedure 56.

　　2.　　The facts set forth herein are based upon my personal knowledge or a review of the files in my possession.

　　3.　　I have attached to this declaration true and correct copies of factual declarations. The exhibits are described as follows:

1

4. Attached hereto as Exhibit 56 is the declaration of Bruce K. Carlisle and accompanying exhibit.[1]

5. Attached hereto as Exhibit 57 is the second declaration of Dorota A. Gregner-Brzezinska and accompanying exhibits.

Dated: October 17, 2025
Boston, MA

/s/ *Katherine B. Dirks*
Katherine B. Dirks
Chief State Trial Counsel
Office of the Attorney General of Massachusetts

## CERTIFICATE OF SERVICE

I, Katherine B. Dirks, certify that counsel for or on behalf of plaintiffs have submitted the foregoing document with the clerk of court for the District of Massachusetts, using the electronic case filing system of the Court. Counsel for Plaintiffs hereby certify that they have served all parties electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

/s/ *Katherine B. Dirks*
Katherine B. Dirks
Chief State Trial Counsel

---

[1] The exhibits attached hereto are numbered sequentially after the exhibits attached to the Declaration of Vanessa Arslanian, Doc. No. 66, filed in support of Plaintiffs' Motion for Summary Judgment, Doc. No. 65.