# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*, <br><br> Plaintiffs, <br><br> *v.* <br><br> U.S. OFFICE OF MANAGEMENT AND BUDGET, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-11816-IT |

## DEFENDANTS' MOTION FOR LEAVE TO FILE
## REPLY IN SUPPORT OF MOTION FOR A STAY

Pursuant to L.R. 7.1(b)(3), Defendants respectfully request leave to file a short reply in support of their motion for a stay due to the lapse in appropriations. ECF No. 99. Plaintiffs filed a lengthy opposition to Defendants' motion, ECF No. 100, making various arguments that warrant a brief response. Accordingly, Defendants respectfully submit that a short reply brief (not to exceed three pages) would benefit the Court in considering these issues. Defendants' proposed reply brief is attached to this filing as Exhibit 1.

Date: October 23, 2025                     Respectfully submitted,

                                                BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov
Florida Bar No. 1041279

*Counsel for Defendants*

## LOCAL RULE 7.1 CERTIFICATE

I, Stephen M. Pezzi, certify that on October 23, 2025, I conferred with counsel for Plaintiffs regarding this motion, in an attempt in good faith to resolve or narrow the issue. Counsel for Plaintiffs reported that Plaintiffs take no position on the relief requested in this motion.

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI