IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*,<br><br>    Plaintiffs,<br><br>        *v.*<br><br>U.S. OFFICE OF MANAGEMENT<br>AND BUDGET, *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-11816-IT |

**DEFENDANTS' UNOPPOSED MOTION TO CONTINUE HEARING DATE**

    Defendants respectfully request that the upcoming hearing in this matter be rescheduled from April 23, 2026 to another date that counsel for all parties is available, in order to accommodate a scheduling conflict of undersigned counsel. As good cause for this request, which Plaintiffs do not oppose, Defendants offer the following:

    1.    Pursuant to a schedule agreed upon by the parties and ordered by the Court, the parties' dispositive motions have been fully briefed since December 5, 2026. *See* ECF Nos. 67, 89, 98, 111.

    2.    On March 2, 2026, the Court issued an order setting an in-person motions hearing for April 23, 2026 at 11:00 AM. *See* Electronic Notice (Mar. 2, 2026).

    3.    Undersigned counsel for Defendants has a significant and pre-existing family commitment that day, in Florida, which is not possible to reschedule.

    4.    Undersigned counsel for Defendants promptly raised the conflict with Plaintiffs' counsel, and proposed nine alternative dates of availability, both before and after April 23.

    5.    Plaintiffs' counsel responded that, of the nine alternative dates proposed by Defendants, that they were available on April 28, May 5, May 6, or May 7.

6. Accordingly, Defendants respectfully request that the motions hearing in this matter be continued to April 28, May 5, May 6, or May 7, assuming that the Court has availability on one or more of those dates.

7. Counsel for Plaintiffs also asked that counsel for Defendants report Plaintiffs' position as follows:

> Plaintiffs do not oppose Defendants' request to move the oral-argument date. But this case remains pressing given Defendants' ongoing termination of critical grants. See Doc No. 103; Doc. No. 98 at 4-12; Doc. No. 67 at 17-18, 21. So Plaintiffs respectfully urge the Court to resolve the pending motions expeditiously after argument.

8. In response, Defendants note that counsel also offered five available dates that fall before the current hearing date of April 23. Defendants' request is not made for purposes of delay, only to accommodate a pre-existing commitment of undersigned counsel. Defendants defer to the Court as to the timing of a ruling on the parties' pending motions.

| | |
|---|---|
| Date: March 11, 2026 | Respectfully submitted, |
| | BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division |
| | ERIC J. HAMILTON<br>Deputy Assistant Attorney General<br>Civil Division |
| | JOSEPH E. BORSON<br>Assistant Branch Director<br>Federal Programs Branch |
| | /s/ Stephen M. Pezzi<br>STEPHEN M. PEZZI<br>Senior Trial Counsel<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20005<br>Tel: (202) 305-8576<br>Email: stephen.pezzi@usdoj.gov<br>Florida Bar No. 1041279 |
| | *Counsel for Defendants* |

## LOCAL RULE 7.1 CERTIFICATE

I, Stephen M. Pezzi, certify that on March 4, March 6, and March 9, I conferred with counsel for Plaintiffs regarding this motion, in an attempt in good faith to resolve or narrow the issue. Plaintiffs' counsel reported that Plaintiffs do not oppose the relief requested in this motion, and also asked that their position be reported as quoted above in Paragraph 7.

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI