

# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
### ONE ASHBURTON PLACE
### BOSTON, MASSACHUSETTS 02108

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

(617) 727-2200
www.mass.gov/ago

July 29, 2026

**<u>VIA CM/ECF</u>**

Hon. Indira Talwani
United States District Court for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re:    *New Jersey, et al. v. Office of Management and Budget, et al.*
       Civil Action No. 1:25-cv-11816-IT

Your Honor:

I write on behalf of the plaintiffs in response to the Court's instruction that plaintiffs promptly advise as to whether we continue to seek relief under Counts II and III, in light of the summary judgment decision as to Count I. *See* Dkt. No. 122, at 2 n.5, & Dkt. No. 123.

Plaintiffs are in active discussion with defendants on the remaining counts and on how best to move the case expeditiously towards final disposition. Unless the Court prefers another form or timing for updating the Court, by Friday, August 7, we will plan to either propose a course of action as to the remaining counts or to provide a status update on the parties' discussions.

Please let us know if the Court needs anything further from plaintiffs at this time.

Respectfully submitted,

*/s/ Katherine Dirks*
Katherine Dirks
Chief State Trial Counsel
Office of the Attorney General
One Ashburton Place
Boston, MA  02108
(617) 963-2277
katherine.dirks@mass.gov

cc:  Counsel of record (via CM/ECF)