

# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

(617) 727-2200
www.mass.gov/ago

August 7, 2026

**VIA CM/ECF**

Hon. Indira Talwani
United States District Court for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re:    *New Jersey, et al. v. Office of Management and Budget, et al.*
        Civil Action No. 1:25-cv-11816-IT

Your Honor:

I write on behalf of the plaintiffs to provide further updates in response to the Court's instruction that plaintiffs promptly advise as to whether we continue to seek relief under Counts II and III, in light of the summary judgment decision as to Count I. *See* Dkt. No. 122, at 2 n.5, & Dkt. No. 123; *see also* Dkt. No. 124 (July 29, 2026 Letter from Plaintiffs).

Plaintiffs continue to engage in productive discussion with defendants on the remaining counts and on how best to move the case expeditiously towards final disposition, but the parties have not yet reached agreement on a proposal for the Court. Plaintiffs respectfully request to have until Wednesday, August 19, either to propose a course of action as to the remaining counts or to provide a status update on the parties' discussions.

Please let us know if the Court needs anything further from plaintiffs at this time.

Respectfully submitted,

*/s/ Katherine Dirks*
Katherine Dirks
Chief State Trial Counsel
Office of the Attorney General
One Ashburton Place
Boston, MA  02108
(617) 963-2277
katherine.dirks@mass.gov

cc:  Counsel of record (via CM/ECF)