# THE COMMONWEALTH OF MASSACHUSETTS
# OFFICE OF THE ATTORNEY GENERAL

ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

(617) 727-2200
www.mass.gov/ago

August 18, 2026

**VIA CM/ECF**

Hon. Indira Talwani
United States District Court for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re: *New Jersey, et al. v. Office of Management and Budget, et al.*
Civil Action No. 1:25-cv-11816-IT

Your Honor:

I write on behalf of the plaintiffs to provide further updates in response to the Court's instruction that plaintiffs promptly advise as to whether we continue to seek relief under Counts II and III, in light of the summary judgment decision as to Count I. *See* Dkt. No. 126 (Aug. 7, 2026, Letter from Plaintiffs); Dkt. No. 127 (order allowing request to propose course of action or provide a status update by Aug. 19, 2026); *see also* Dkt. No. 122, at 2 n.5, & Dkt. No. 123; Dkt. No. 124 (July 29, 2026, Letter from Plaintiffs).

Plaintiffs continue to engage in productive discussions with defendants on the remaining counts and on how best to move the case expeditiously towards final disposition. The parties have reached a tentative agreement on a proposal for the Court but require additional time to draft and submit that proposal to the Court. Plaintiffs respectfully request to have until Wednesday, September 2, 2026, either to propose a course of action as to the remaining counts or to provide a status update on the parties' discussions.

Please let us know if the Court needs anything further from plaintiffs at this time.

Respectfully submitted,

*/s/ Vanessa A. Arslanian*
Vanessa A. Arslanian
Office of the Massachusetts Attorney General
One Ashburton Place
Boston, MA 02108
(617) 963-2107
vanessa.arslanian@mass.gov

cc: Counsel of record (via CM/ECF)