**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF NEW JERSEY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>Defendants. | Civil Action No. 1:25-cv-11816-IT |

**JOINT MOTION FOR FINAL JUDGMENT AS TO COUNT I PURSUANT TO RULE 54(b)**

All Plaintiffs[1] and all Defendants[2] hereby move this Court for certification and entry of a partial final judgment pursuant to Federal Rule of Civil Procedure 54(b) as to Count I of the Amended Complaint. Doc. No. 64. A proposed form of order is attached hereto as **Exhibit A**.

---

[1] New Jersey, Massachusetts, New York, Arizona, California, Colorado, Connecticut, Delaware, the District of Columbia, Hawai'i, Illinois, Laura Kelly, in her official capacity as Governor of the State of Kansas, Office of the Governor *ex rel.* Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky, Maine, Maryland, Attorney General Dana Nessel for the People of Michigan, Minnesota, Nevada, New Mexico, Oregon, Josh Shapiro, in his official capacity as Governor of the Commonwealth of Pennsylvania, Rhode Island, Vermont, and Wisconsin.

[2] U.S. Office of Management and Budget, Russell Vought, in his official capacity as Director of the U.S. Office of Management and Budget, the U.S. Department of Agriculture, Brooke L. Rollins, in her official capacity as Secretary of Agriculture, the U.S. Department of Commerce, Howard Lutnik, in his official capacity as Secretary of Commerce, the U.S. Department of Defense, Pete Hegseth, in his official capacity as Secretary of Defense, the U.S. Department of Homeland Security, Markwayne Mullin, in his official capacity as Secretary of Homeland Security, the U.S. Department of the Interior, Doug Burgum, in his official capacity as Secretary of Interior, the U.S. Department of Justice, Todd Blanche, in his official capacity as Attorney General, the U.S. Department of Labor, Keith Sonderling, in his official capacity as Acting Secretary of Labor, the U.S. Department of State, Marco Rubio, in his official capacity as Secretary of State, the U.S. Environmental Protection Agency, Lee Zeldin, in his official capacity

When an action presents more than one claim for relief, Rule 54(b) permits entry of "final judgment as to one or more, but fewer than all, claims or parties" upon an express determination that "there is no just reason for delay." Fed. R. Civ. P. 54(b). A Rule 54(b) certification can be issued when the disputed ruling is final (*i.e.*, when it fully disposes "of at least a single substantive claim") and when the Court determines that "there is no just reason for delay" (*i.e.*, when a claim "should be sent upstairs immediately"). *See Spiegel v. Trs. of Tufts Coll.*, 843 F.2d 38, 42-43 (1st Cir. 1988). Relevant to the Court's consideration are the factual and legal interrelationship and potential overlap between the claims underlying the would-be final judgment to be appealed, and those left remaining in the district court. *See Maldonado-Denis v. Castillo-Rodriguez*, 23 F.3d 576, 580 (1st Cir. 1994).

Here, the Amended Complaint contains three counts. Count I of the Amended Complaint is asserted pursuant to the Administrative Procedure Act (APA) and Declaratory Judgment Act and sought a declaratory judgment setting out the limitations on 2 C.F.R. § 200.340(a)(4) (2024) and 2 C.F.R. § 200.340(a)(2) (2021); Counts II (APA – Agency Action Contrary to Law) and III (APA – Arbitrary and Capricious Agency Action) sought relief in the "[a]lternative[] if the Court d[id] not grant Plaintiffs relief on Count I." Doc. No. 64 at 72-83.

The Court granted Plaintiffs' motion for summary judgment as to Count I of the Amended Complaint (and denied Defendants' motion to dismiss) in its Memorandum and Order dated July 17, 2026 ("Order"). Doc. No. 122 (Order attached hereto as **Exhibit B**). The Court's Order

---

as Administrator of the Environmental Protection Agency, the U.S. Federal Emergency Management Agency (FEMA), Cameron Hamilton, in his official capacity as FEMA Administrator, the National Endowment for the Humanities, Michael McDonald, in his official capacity as Chairman of the National Endowment for the Humanities, the National Science Foundation, and Brian Stone, in his official capacity as the Senior Official Performing the Duties of the Director of the National Science Foundation.

provided Plaintiffs with their requested declaratory relief on Count I, declaring that "2 C.F.R. § 200.340(a)(4) (2024) and 2 C.F.R. § 200.340(a)(2) (2021) do not allow terminations of awards based on new program goals or agency priorities that an agency identifies after granting the award." *Id.* at 32. The Court noted that "Count II and Count III are brought as alternatives to Count I" and asked Plaintiffs to "advise the court whether they continue to seek relief under Count II and Count III." *Id.* at 2 n.5. Because Plaintiffs have prevailed and obtained their requested relief on Count I, they do not currently see a need for further relief on Counts II and III. Final judgment on Count I thus may eliminate the need to resolve the distinct legal issues that are raised by the other counts.

The parties jointly agree that the Court should enter final judgment under Rule 54(b). The Court's determination on Count I is final and, if it remains final after avenues for appellate review are exhausted, provides complete resolution of the dispute between the parties. It is both appropriate and consistent with Rule 54(b) for the declaratory judgment on Count I to be certified and made final. "[T]here is no just reason for delay" because Counts II and III sought only alternative forms of relief that Plaintiffs no longer wish to pursue given the declaratory judgment on Count I, such that a final judgment on Count I may, as a practical matter, eliminate the need for further litigation in this Court. Accordingly, Plaintiffs and Defendants respectfully request that the Court certify and enter final judgment pursuant to Rule 54(b) as to Count I of the Amended Complaint in the form proposed in **Exhibit A**.

Dated: October 6, 2026

Respectfully submitted,

**JENNIFER DAVENPORT**
ATTORNEY GENERAL OF NEW JERSEY

*/s/ Sundeep Iyer*
Sundeep Iyer[†]
*Solicitor General*
Stephen Ehrlich[†]
*Deputy Solicitor General*
Jessica L. Palmer[†]
*Assistant Attorney General*
Bassam F. Gergi[†]
Amanda I. Morejón (BBO No. 696737)
Sarah Nealon[†]
*Deputy Attorneys General*
Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5279
Sundeep.Iyer@njoag.gov
Amanda.Morejon@law.njoag.gov

*Counsel for the State of New Jersey*

**ANDREA JOY CAMPBELL**
ATTORNEY GENERAL OF MASSACHUSETTS

By: */s/ Katherine B. Dirks*
Katherine B. Dirks (BBO No. 673674)
*Chief State Trial Counsel*
Vanessa A. Arslanian (BBO No. 688099)
James A. Sweeney (BBO No. 543636)
*State Trial Counsel*
Anna J. Lumelsky (BBO No. 677708)
*Deputy State Solicitor*
Yael Shavit (BBO No. 695333)
*Chief, Consumer Protection Division*
Jak Kundl (BBO No. 713951)
*Assistant Attorney General*
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2277
katherine.dirks@mass.gov
vanessa.arslanian@mass.gov

*Counsel for the Commonwealth of Massachusetts*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

*/s/ Stephen M. Pezzi*
STEPHEN M. PEZZI
Chief Litigation Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov
Florida Bar No. 1041279

*Counsel for Defendants*

**LETITIA JAMES**
ATTORNEY GENERAL OF NEW YORK

By: */s/ Rabia Muqaddam*
Rabia Muqaddam†
*Special Counsel for Federal Initiatives*
Jessica Ranucci†
*Special Counsel*
28 Liberty St.
New York, NY 10005
(212) 416-8883
Rabia.muqaddam@ag.ny.gov
Jessica.Ranucci@ag.ny.gov

*Counsel for the State of New York*

**KRISTIN K. MAYES**
ATTORNEY GENERAL OF ARIZONA

By: */s/ Hayleigh S. Crawford*
Hayleigh S. Crawford†
*Deputy Solicitor General*
Syreeta A. Tyrell†
*Senior Litigation Counsel*
2005 North Central Avenue
Phoenix, Arizona 85004
Phone: (602) 542-3333
Hayleigh.Crawford@azag.gov
Syreeta.Tyrell@azag.gov
ACL@azag.gov

*Counsel for the State of Arizona*

**ROB BONTA**
ATTORNEY GENERAL OF CALIFORNIA

By: */s/ Shiwon Choe*
Anya M. Binsacca*
*Supervising Deputy Attorney General*
Shiwon Choe†
Zelda Vassar†
Harald H. Kirn†
*Deputy Attorneys General*
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
(415) 510-4400
Anya.Binsacca@doj.ca.gov
Shiwon.Choe@doj.ca.gov
Zelda.Vassar@doj.ca.gov
Harald.Kirn@doj.ca.gov

*Counsel for the State of California*

**PHILIP J. WEISER**
ATTORNEY GENERAL OF COLORADO

By: */s/ David Moskowitz*
David Moskowitz†
*Deputy Solicitor General*
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
David.Moskowitz@coag.gov

*Counsel for the State of Colorado*

**WILLIAM TONG**
ATTORNEY GENERAL OF CONNECTICUT

By: /s/ *Michael K. Skold*
Michael K. Skold†
*Solicitor General*
165 Capitol Ave
Hartford, CT 06106
(860) 808-5020
Michael.skold@ct.gov

*Counsel for the State of Connecticut*

**KATHLEEN JENNINGS**
ATTORNEY GENERAL OF DELAWARE

By: /s/ *Ian R. Liston*
Ian R. Liston†
*Director of Impact Litigation*
Vanessa L. Kassab*
*Deputy Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Counsel for the State of Delaware*

**BRIAN L. SCHWALB**
ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA

By: /s/ *Andrew C. Mendrala*
Andrew C. Mendrala†
*Assistant Attorney General*
400 Sixth Street, NW
Washington, D.C. 20001
(202) 724-9726
Andrew.mendrala@dc.gov

*Counsel for the District of Columbia*

**ANNE E. LOPEZ**
ATTORNEY GENERAL OF HAWAIʻI

By: /s/ *Kalikoʻonālani D. Fernandes*
Kalikoʻonālani D. Fernandes†
*Solicitor General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*

**KWAME RAOUL**
ATTORNEY GENERAL OF ILLINOIS

By: */s/ Darren Kinkead*
Darren Kinkead†
*Public Interest Counsel*
115 South LaSalle Street
Chicago, IL 60603
(773) 590-6967
Darren.Kinkead@ilag.gov

*Counsel for the State of Illinois*

**LAURA KELLY**
IN HER OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF KANSAS

By: */s/ Justin Whitten*
Justin Whitten†
*General Counsel*
Ashley Stites-Hubbard†
*Deputy Chief Counsel*
Office of the Kansas Governor
300 SW 10th Ave, Room 541-E
Topeka, KS 66612
(785) 296-3930
Justin.h.whitten@ks.gov
Ashley.stiteshubbard@ks.gov

*Counsel for Governor Laura Kelly*

**OFFICE OF THE GOVERNOR *ex rel.* ANDY BESHEAR**
IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE COMMONWEALTH OF KENTUCKY

By: */s/ S. Travis Mayo*
S. Travis Mayo†
*General Counsel*
Taylor Payne†
*Chief Deputy General Counsel*
Laura C. Tipton†
*Deputy General Counsel*
Office of the Governor
700 Capitol Avenue, Suite 106
Frankfort, KY 40601
(502) 564-2611
travis.mayo@ky.gov
taylor.payne@ky.gov
laurac.tipton@ky.gov

*Counsel for the Office of the Governor*

**AARON M. FREY**
ATTORNEY GENERAL OF MAINE

By: */s/ Jason Anton*
Jason Anton†
*Assistant Attorney General*
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
Tel.: 207-626-8800
Fax: 207-287-3145
jason.anton@maine.gov

*Counsel for the State of Maine*

**ANTHONY G. BROWN**
ATTORNEY GENERAL OF MARYLAND

By: */s/ Steven J. Goldstein*
Steven J. Goldstein†
*Assistant Attorney General*
Office of the Attorney General of Maryland
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
410-576-6414
Sgoldstein@oag.state.md.us

*Counsel for the State of Maryland*

**DANA NESSEL**
ATTORNEY GENERAL OF MICHIGAN

By: */s/ Neil Giovanatti*
Neil Giovanatti†
*Assistant Attorney General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov

*Attorney for the People of the State of Michigan*

**KEITH ELLISON**
ATTORNEY GENERAL OF MINNESOTA

By: */s/ Katherine J. Bies*
Katherine J. Bies†
*Special Counsel, Rule of Law*
445 Minnesota Street, Suite 600
St. Paul, Minnesota, 55101
(651) 300-0917
Katherine.Bies@ag.state.mn.us

*Counsel for the State of Minnesota*

**RAÚL TORREZ**
ATTORNEY GENERAL OF NEW MEXICO

By: */s/ Amy Senier*
Amy Senier
*Senior Litigation Counsel*
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060
asenier@nmdoj.gov

*Counsel for the State of New Mexico*

**AARON D. FORD**
ATTORNEY GENERAL OF NEVADA

By: */s/ Heidi Parry Stern*
Heidi Parry Stern†
*Solicitor General*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
HStern@ag.nv.gov

*Counsel for the State of Nevada*

**DAN RAYFIELD**
ATTORNEY GENERAL OF OREGON

By: */s/ Brian Simmonds Marshall*
Coby Howell†
Brian Simmonds Marshall*
*Senior Assistant Attorney General*
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel (971) 673-1880
Fax (971) 673-5000
Brian.S.Marshall@doj.oregon.gov

*Counsel for the State of Oregon*

**JOSH SHAPIRO**
IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE COMMONWEALTH OF PENNSYLVANIA

Jennifer Selber
*General Counsel*

By: */s/ Jacob B. Boyer*
Jacob B. Boyer†
*Deputy General Counsel*
Michael J. Fisher†
*Executive Deputy General Counsel*
Pennsylvania Office of the Governor
30 N. 3rd St., Suite 200
Harrisburg, PA 17101
(717) 460-6786
jacobboyer@pa.gov

*Counsel for Governor Josh Shapiro*

**PETER F. NERONHA**
ATTORNEY GENERAL OF RHODE ISLAND

By: */s/ Leonard Giarrano IV*
Leonard Giarrano IV†
*Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2062
lgiarrano@riag.ri.gov

*Counsel for the State of Rhode Island*

**CHARITY R. CLARK**
ATTORNEY GENERAL OF VERMONT

By: */s/ Jonathan T. Rose*
Jonathan T. Rose†
*Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-3171
Jonathan.rose@vermont.gov

*Counsel for the State of Vermont*

**JOSHUA L. KAUL**
ATTORNEY GENERAL OF WISCONSIN

By: */s/ Colin T. Roth*
Colin T. Roth†
*Assistant Attorney General*
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-7636
rothct1@doj.state.wi.us

*Counsel for the State of Wisconsin*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

/s/
Katherine B. Dirks

Dated: _____, 2026