**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

STATE OF NEW JERSEY, *et al.*,

Plaintiffs,

*v.*

U.S. OFFICE OF MANAGEMENT AND BUDGET, *et al.*,

Defendants.

Case No. 1:25-cv-11816-IT

**NOTICE OF APPEAL**

All Defendants in the above-captioned matter hereby appeal to the United States Court of Appeals for the First Circuit from the Rule 54(b) Final Judgment As To Count I entered on October 7, 2026, ECF No. 142, and from all orders merged into that judgment, including the Court's July 17, 2026 Memorandum and Order, ECF No. 122.

Date: October 22, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI
Chief Litigation Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov
Florida Bar No. 1041279

*Counsel for Defendants*