**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

STATE OF NEW JERSEY, *et al.*,

Plaintiffs,

*v.*

U.S. OFFICE OF MANAGEMENT AND BUDGET, *et al.*,

Defendants.

Case No. 1:25-cv-11816-IT

**DEFENDANTS' MOTION FOR A STAY PENDING**
**<u>APPEAL AND ADMINISTRATIVE STAY</u>**

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

STEPHEN M. PEZZI
Chief Litigation Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov
Florida Bar No. 1041279

*Counsel for Defendants*

Defendants hereby move for a stay pending appeal of this Court's judgment, ECF No. 142, as well as an administrative stay pending consideration of this motion. As support for this motion, Defendants rely on their accompanying memorandum of law.

Date: October 22, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI
Chief Litigation Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov
Florida Bar No. 1041279

*Counsel for Defendants*

**LOCAL RULE 7.1 CERTIFICATE**

I, Stephen M. Pezzi, certify that on October 20, 2026 and October 21, 2026 I conferred with counsel for Plaintiffs regarding this motion via email as required by Local Rule 7.1(a)(2). Counsel for Plaintiffs reported that Plaintiffs oppose the relief requested in this motion.

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI