**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

---

Case Caption: State of New Jersey et al v. U.S. Office of Management and Budget et al

District Court Number: 25cv11816-WGY

---

Fee: Paid? Yes ____ No ____ Government filer X *In Forma Pauperis* Yes ____ No ____

---

Motions Pending Yes X No ____
*If yes, document #* 145

Sealed documents Yes ____ No X
*If yes, document #* ____

*Ex parte* documents Yes ____ No X
*If yes, document #* ____

Transcripts Yes X No ____
*If yes, document #* 117

---

Notice of Appeal filed by: Plaintiff/Petitioner ____ Defendant/Respondent X Other: ____

Appeal from:

#122 Memorandum and Order, #142 Judgment

Other information:

---

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#122, #142, and #144

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 144 filed on October 22, 2026.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 23, 2026.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: ____________________

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**