FILED
IN CLERKS OFFICE
2026 NOV 18 A 11: 20
U.S. DISTRICT COURT
DISTRICT OF MASS.

**November 16, 2026**

Office of the Clerk
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

**FORMAL REQUEST FOR FILING-STATUS DETERMINATION AND RECORD RECONCILIATION — FEDERAL FUNDING AMICUS SUBMISSIONS**

Dear Clerk:

I request a written determination of the receipt, custody, docketing, and disposition of my September 28, 2026 submission titled *Motion for Leave to File Brief of Amicus Curiae — Federal Funding Matters*, concerning the following proceedings:

1. *State of New Jersey v. U.S. Office of Management and Budget* — **1:25-cv-11816-IT**
2. *Planned Parenthood Federation of America v. Kennedy* — **1:25-cv-11913-IT**
3. *Commonwealth of Massachusetts v. United States Department of Agriculture* — **1:25-cv-13165-IT**
4. *Commonwealth of Massachusetts v. United States Department of Education* — **1:25-cv-10601-MJJ**

The submission and contemporaneous correspondence identify these proceedings. Transmission records document circulation to counsel, while the reviewed docket histories do not establish corresponding treatment of the submission by the Court.

**REQUESTED DETERMINATION**

For each matter, please identify:

1. Whether the submission or corresponding materials were received by the Clerk's Office;
2. The date, method, and recorded disposition of any receipt;
3. Whether the materials were docketed, retained, returned, rejected, misrouted, or otherwise processed;
4. Any corresponding docket entry; and
5. The available procedure for correcting an omission or obtaining judicial determination where filing was attempted.

Please preserve corresponding intake, routing, rejection, return, and docket-processing records pending reconciliation.

Where receipt is established, please identify the corrective procedure. Where no receipt is recorded, please identify the appropriate means of presenting the transmission evidence and seeking any remaining available relief.

This request concerns the accuracy and custody of the judicial record and seeks an administratively precise response permitting further action as warranted.

Respectfully,

/s/ Brandon Michael Hayes
**Brandon Michael Hayes**
Pro Se
President, Natural Law Institute
159 Indian Hill Street
West Newbury, MA 01985
brandon@hayeshaus.com
(617) 438-2049